UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | Case No. |

### *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Based upon the concurrently filed Memorandum of Law, the Declaration of Jeffrey A. Rosenthal, and other supporting documents, Vale S.A. applies to this Court for an Order, pursuant to 28 U.S.C. § 1782, and Rules 26, 34, and 45 of the Federal Rules of Civil Procedure, granting leave to serve the subpoenas attached to the Declaration of Jeffrey A. Rosenthal as Exhibits A-II.

Dated: April 24, 2020
New York, New York

                                               CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                               */s/ Jeffrey A. Rosenthal*
                                               Jeffrey A. Rosenthal
                                               Lisa M. Schweitzer
                                               Lisa Vicens
                                               One Liberty Plaza
                                               New York, New York 10006
                                               Telephone: (212) 225-2000

                                               *Attorneys for Vale S.A, Vale Holdings B.V., and*
                                               *Vale International S.A.*