# Exhibit ZZ



# Extraction Report

BlackBerry Generic (Physical)

## Summary

| Connection Type | Cable No. 100 |
|---|---|
| Extraction start date/time | 20/05/2013 12:20:03 |
| Extraction end date/time | 20/05/2013 13:36:54 |
| Extraction Type | Physical |
| Selected Manufacturer | BlackBerry GSM |
| Selected Device Name | 9900 Bold |
| Unit Identifier | UFED S/N 5902962 |
| Unit Version | 1.8.6.69 |
| UFED Physical Analyzer version | 3.7.0.352 |
| Examiner name | Eliyahu Sabag, ID: 58022765 |

## Uncategorized (209)

### Inbox (165)

| # | |
|---|---|

1

Registration

Deleted: Intact | Timestamp: 03/08/2012 07:17:58(UTC+0) | Priority: Normal | Status: Default

From: BlackBerry

**Body file:** mes-1.eml **MD5:** be23ff1b901be617998d1bf1f70ecbb5

Your handheld has been registered with the wireless network.

2

Fwd: Chrystie Revised Model

Deleted: Deleted | Timestamp: 30/10/2012 23:52:52(UTC+0) | Priority: Normal | Status: Default

From: nir@hfzcap.com Nir Meir

To: advisor@onyxfa.com Advisor

**Body file:** mes-2.eml **MD5:** ff2557e5c0899bf9455087bc6192e624

> > Attached is the revised Chrystie Street model: > > > - Assumes $250 ADR down from $350 ADR > > - Reduced F&B NOI to $4.1 MM vs $6.4 MM > > - Assumes a 15% reduction in the sellout of the residential condominiums ($2125 psf) > > - Changed the capital stack as discussed to show a 50% senior construction loan and an $80 MM EB5 loan > > - Hotel per key residual (w/ F&B revenues included) of $610,000 per key; with F&B stripped out at $40 MM value – works out to $500,000 per key > > - Equity Needs of Project = $35 MM > > - Equity Multiple = 2.9X > > - If reduce residential condo sellout to 80% from original projections = $2000 psf; Equity Multiple of 2.8X > > > >

3

Fwd: BSG-HFZ FUND SUMMARY

Deleted: Deleted | Timestamp: 31/10/2012 01:22:54(UTC+0) | Priority: Normal | Status: Default

From: nir@hfzcap.com Nir Meir

To: advisor@onyxfa.com Advisor

**Body file:** mes-3.eml **MD5:** 6e6ab4a44eb1d37a2762064c893b2147

> > Attached is the revised waterfall/fund summary based on the same deals previously presented. I have revised 270 West Street to reflect the smaller project and increased the size of Chatsworth deal to take into consideration the sister building. Chrystie Street has been revised to reflect the EB5 capitalization based on earlier discussions. > > > - 90/10 model – original/expected sellout > > - 90/10 model – 15% across the board reduction > > - 90/10 model – 20% across the board reduction > > - 80/20 model – original/expected sellout > > - 80/20 model – 15% across the board reduction > > - 80/20 model – 20% across the board reduction > > > > > > > > >

4

Re: BSG-Méribel

Deleted: Deleted | Timestamp: 08/11/2012 16:33:45(UTC+0) | Priority: Normal | Status: Read

From: claude@amar.cc Claude Amar

To: Advisor

Cc: Hans Meijer, office@amar.cc office

**Body file:** mes-4.eml **MD5:** 1318d3cb081a0cab3ee426ee766688c9

```
<html xmlns="http://www.w3.org/1999/xhtml">
<head>
<meta content="text/html" http-equiv="Content-Type" />
<style type="text/css">
/*<![CDATA[*/
p.5f4c9ff8-ff05-4909-9a4e-a2981b87da3f, li.5f4c9ff8-ff05-4909-9a4e-a2981b87da3f, div.5f4c9ff8-ff05-4909-9a4e-a2981b87da3f, table.5f4c9ff8-ff05-4909-9a4e-a2981b87da3fTable {margin:0cm; margin-bottom:.0001pt;}
div.Section1 {page:Section1;}
#5f4c9ff8-ff05-4909-9a4e-a2981b87da3fexcontact a{color:black;text-decoration:none;}
#5f4c9ff8-ff05-4909-9a4e-a2981b87da3fexcontact a:hover{color:#ff6600;text-decoration:none;}
/*]]>*/
```

⚠ Item was truncated due to length open full item file

3

4

<$RemoveOnDelivery,SuppressSaveInSentItems> BLACKBERRYMESSENGERINVITESTAGE2

| Deleted: Intact | Timestamp: 15/02/2013 14:30:39(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From

To nir@hfzcap.com nir@hfzcap.com

**Body file:** mes-4.eml **MD5:** a15c751aee91c116bcab7223a095ebef

-----[OBJ]-----
<$RemoveOnDelivery,SuppressSaveInSentItems> BLACKBERRYMESSENGERINVITESTAGE2
-------o-------
228:AQEBAAECBAACdKc53gAACAEAAwAVAAQC0dMAJrltlKOcl5skU4gX3OolzegUAAWiWBo9TsdpF+CWFDAw6A+CCq9iUxQABtubW/jiRs5vkBuaivNq+Upp9R+yNAAHo1gaPXT6ljqUdazd0u2xFby/78uDIuwvZyKuifcS9kyyjNFlQpquZdVHHop+h1qyY49qUAQALHKsNZUCACpOTQgACq4ovU4XAAAAAABQ

5

Re: roadshow-investor meetngs

| Deleted: Deleted | Timestamp: 17/02/2013 13:57:18(UTC+0) | Priority: Normal | Status: Read |
|---|---|---|---|

From

To nir@hfzcap.com Nir Meir

**Body file:** mes-5.eml **MD5:** dab06fc30977d3cddeb8610ccb534661

I thinnk and advice to cordinate the trip ( bottom line )to go togther to all at least part .in Doha , Abu Dhabi and Saudi . For this trip to prepaire nax internally , using what Nir is doing now on some presnatation material ,so both prenatation looks alile with same style . AlSo we discussed in NY , to have one master presnatation cover the group .but that is only for general info . The separtae European and US one should be more detailed one with much more info and clear message .
Than after the Gold trip , I think we should sit together and asses together what will be the next step in raising money . We all agree that this is the key capapcity for future large transaction . I think Chris Roller desk is large and cover a lot , and acsses is there !
My biggest question is what we try achive in clear message ? Stand by soft comitement to invest in stand alone deals ? Is it clear enough ? Can we count on it ?is there anther way ?

Best Beny

6

<$RemoveOnDelivery,SuppressSaveInSentItems> BLACKBERRYMESSENGERINVITESTAGE2

| Deleted: Intact | Timestamp: 19/02/2013 10:57:25(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From

To NIR@HFZCAP.COM NIR@HFZCAP.COM

**Body file:** mes-6.eml **MD5:** 06a8df0f29d45a937bb1229c6606f57e

-----[OBJ]-----
<< no text >>
-------o-------
60:AQEBAAEIBAACdKc53gAACAEAAwAAAAQAAAUAAAYAAAcEACxyrDWVAAAqAABQ

79 | Emails | 25/01/2013 22:45:18(UTC+0) | To: Advisor; To: Gregg Blackstock | Yes

```
<html xmlns="http://www.w3.org/1999/xhtml">
<head>
<title></title>

<style type="text/css">
/*<![CDATA[*/
body { background-color: #FFFFFF; }
div.c1 {font-family: Arial; font-size: small}
/*]]>*/
</style>
</head>
<body>
<div>Absolutely ! On the returns we don&#39;t have to show
individual transaction results but it&#39;s important to be able to
say that we&#39;ve invested x million of equity to buy y million of
assets over z number of deals in so many countries<br />
<br />
Sent from my iPhone</div>
<div><br />
On 25 Jan 2013, at 20:55, &quot;Advisor&quot; &lt;<a href=
"mailto:advisor@onyxfa.com">advisor@onyxfa.com</a>&gt; wrote:<br
/>
<br /></div>
<blockquote>
<div><map name="navMap">
<area coords="0,0,300,73" href="http://www.exclaimer.com" shape=
"rect" title="Exclaimer Website" /></map>
<div class="Section1">
<div class="c1">Anyway ,this presantation will e upgraded many
times still ! <br />
<br />
Sent from my iPad</div>
<style type="text/css">
/*<![CDATA[*/
span.c2 {font-family: Arial; font-size: small}
p.c3 {font-family: Arial; font-size: small}
/*]]>*/
</style>
<div class="c1"><br />
On 25 Jan 2013, at 22:25, &quot;Chris&quot; &lt;<a href=
"mailto:chris.papachristophorou@gmail.com"></a><a href=
"mailto:chris.papachristophorou@gmail.com">chris.papachristophorou@
gmail.com</a>&gt;
wrote:<br />
<br /></div>
<div><span class="c2"></span>
<p class="c3">Gregg,<br />
<br />
This is a very good starting point but we need to make certain
improvements<br />
<br />
1. Can we have a map with our offices/presence ?<br />
2. Similarly can we have a map with all the transactions that we
have executed with different colours for those exited and those
which are actively managed<br />
3. Track record| I believe we need to show the amount of total
equity invested, over how many deals in how many countries and the
returns broken down in a) fully realised, b) partially realised or
unrealised and c) a + b<br />
For our records we need to have the returns for each investment
even if we don&#39;t show it so Hans has to be fully involved<br />
4. I have the bio of Luv and will update mine as well with some
more details<br />
5,we need to add the new venture and it&#39;s strategy and talk a
bit more about the HFZ JV and future strategy as these are
important initiatives for the platform<br />
5. I will also add some edits, different wording, spelling,<br />
6. Since we will be travelling together I will also show to you
some generic presentations of other groups
```

| # | Type | Timestamp | Parties | Content | |
|---|---|---|---|---|---|
| 80 | Call Log | 28/01/2013 09:16:33(UTC+0) | From: [redacted] Dag Cramer | | Yes |
| 81 | Call Log | 28/01/2013 09:16:39(UTC+0) | | | Yes |
| 82 | Call Log | 28/01/2013 09:21:41(UTC+0) | From: [redacted] Dag Cramer | | Yes |
| 83 | Call Log | 28/01/2013 09:21:48(UTC+0) | | | Yes |
| 84 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57820, -0.24025) | Yes |
| 85 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57818, -0.24034) | Yes |
| 86 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57796, -0.23969) | Yes |
| 87 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57823, -0.24048) | Yes |
| 88 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57826, -0.23939) | Yes |
| 89 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57791, -0.23987) | Yes |
| 90 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57791, -0.23993) | Yes |
| 91 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57820, -0.23994) | Yes |
| 92 | Call Log | 28/01/2013 22:25:17(UTC+0) | From: [redacted] Asher Avidan UK | | Yes |
| 93 | Call Log | 30/01/2013 17:51:12(UTC+0) | | | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 274 | Emails | 11/04/2013 15:58:58(UTC+0) | Luv@bsg-realestate.com<br>To: Advisor | Hi – the other advisor mentioned I should share with you the job description I have put together for the Real Estate Asset Manager position we are trying to fill in New York. Attached is the long form, and the short form is below, along with a summary of our recruiting approach. Please let me know if you have any questions or comments.<br><br>Short Job Description<br><br>-Position Summary– Candidate will serve as the representative of BSG Real Estate in its newly formed joint venture with HFZ Capital, a prominent Manhattan-focused residential / mixed-use developer.<br><br>-Responsibilities:<br><br>oAsset management of existing development transactions housed within the joint venture. Active involvement in all aspects of such transactions.<br><br>oReview and analysis (inclusive of financial modeling) of new transactions within the NYC market.<br><br>oSetting up and enhancement of reporting and accounting policies and procedures.<br><br>-Experience–3 to 5 years at a real estate developer, real estate owner / operator, or private equity / accounting / investment banking firm (with a focus on real estate transactions / funds).<br><br>-Education–At least BA / BS with strong academic track record.<br><br>-Compensation–Salary + bonus. Level will reflect responsibilities as well as value add / experience.<br><br>Recruiting Approach<br><br>My approach to recruiting is as follows, and allows us to cast a decently wide net without incurring too much expense:<br><br>-Reach out to my own contacts, as I have been doing;<br><br>-I have been put in touch with a headhunting firm calledJSB Partners.They are ex-big-4-accountants / consultants who now place people in various roles in real estate and other industries. Also, they don't require exclusivity or a retainer, and their fees are 25% of first year gtd. comp (pretty reasonable compared to the market). If we sign, they are ready to send us potential candidates ASAP, and fees are only due upon success; and<br><br>-www.Select [http://www.Select] Leaders.com– This website was created during the downturn by some large real estate companies, and is a very good resource for junior to mid-level real estate focused candidates. It costs about $450 to post a position, so is very affordable. The only downside is we will have to sift through many resumes, but I have found good candidates through this resource previously.<br><br>Thanks,<br><br>Luv Shah<br><br>BSG Real Estate<br>600 Madison Avenue<br>17th Floor<br>New York, NY 10022<br>USA<br><br>D<br>[redacted]<br>O<br>[redacted]<br>M<br>[redacted]<br><br>Luv@bsg-realestate.com [mailto:Luv@bsg-realestate.com]<br>www.bsg-realestate.com<br>[../../../../../../Program%20Files/Exclaimer/www.bsg-realestate.com] | Yes |
| 275 | Call Log | 11/04/2013 16:39:12(UTC+0) | From: [redacted]<br>Asher Avidan UK | | Yes |

| | | | | |
|---|---|---|---|---|
| 1247 | Emails | 14/05/2013<br>22:20:02(UTC+0) | nir@hfzcap.com<br>To: Advisor | From:Kevin Nishimura <kevin.nishimura@db.com [mailto:kevin.nishimura@db.com] ><br>Date:Tuesday, May 14, 2013 5:51 PM<br>To:Nir Meir <nir@hfzcap.com [mailto:nir@hfzcap.com] >, John Shannon <JShannon@hfzcap.com [mailto:JShannon@hfzcap.com] ><br>Cc:Brian Sedrish <brian.sedrish@db.com [mailto:brian.sedrish@db.com] >, Tom Hornbaker <tom.hornbaker@db.com [mailto:tom.hornbaker@db.com] >, Andrew Cohen <andrew.cohen@db.com [mailto:andrew.cohen@db.com] >, Richard Debo <richard.debo@db.com [mailto:richard.debo@db.com] ><br>Subject:Bryant Park TS<br><br>Attached is draft term sheet for Bryant Park. Let us know when you're ready to discuss.<br><br>Kevin Nishimura<br>CRE - Special Situations Group<br>Deutsche Bank<br>60 Wall Street, 10th Floor<br>New York, NY 10005<br>Tel: [redacted]<br>Cel: [redacted]<br>kevin.nishimura@db.com [mailto:kevin.nishimura@db.com]<br><br>---<br>This communication may contain confidential and/or privileged information. If you are not the intended recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.<br>Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such. |
| 1248 | Locations | 15/05/2013<br>02:25:27(UTC+0) | | (32.00483, 34.84169) |
| 1249 | Locations | 15/05/2013<br>02:28:57(UTC+0) | | (32.04254, 34.78985) |
| 1250 | Call Log | 15/05/2013<br>02:30:51(UTC+0) | To: [redacted] Nir Meir | |
| 1251 | Locations | 15/05/2013<br>02:32:01(UTC+0) | | (32.09538, 34.80173) |
| 1252 | Locations | 15/05/2013<br>02:34:25(UTC+0) | | (32.13975, 34.81015) |
| 1253 | Call Log | 15/05/2013<br>02:47:25(UTC+0) | From: [redacted]<br>Nir Meir | |
| 1254 | Emails | 15/05/2013<br>07:34:17(UTC+0) | To: Dag Cramer<br>To: Advisor | Have looked into a peer group of 23 companies to Gabriel (non-operating, project companies) and tallied up directors. Below you can see by Gabriel going down to 9 directors it is a good move away from being among the highest in the sector (other Kaplan companies Novagold and Sunward also have 11, what does this say about his expense discipline?). I would think there is plenty more room to reduce the amount of mouths to feed. Two companies below have only four directors and I know of operating mining companies in Canada also with the minimum 4 directors. |
| 1255 | Call Log | 15/05/2013<br>08:09:29(UTC+0) | To: [redacted]<br>Asher Avidan UK | |
| 1256 | Emails | 15/05/2013<br>08:12:02(UTC+0) | lewis@onyxfa.com<br>To: Advisor | <html xmlns="http://www.w3.org/1999/xhtml"><br><head><br><meta content="text/html" http-equiv="Content-Type" /><br><style type="text/css"><br>/*<![CDATA[*/<br>p.b2c3530d-d6ce-4f3d-b91f-b5f3bf220761, li.b2c3530d-d6ce-4f3d-b91f-b5f3bf220761, div.b2c3530d-d6ce-4f3d-b91f-b5f3bf220761, table.b2c3530d-d6ce-4f3d-b91f-b5f3bf220761Table {margin:0cm; margin-bottom:.0001pt;}<br>div.Section1 {page:Section1;}<br>#b2c3530d-d6ce-4f3d-b91f-b5f3bf220761excontact a{color:black;text-decoration:none;}<br>#b2c3530d-d6ce-4f3d-b91f-b5f3bf220761excontact a:hover{color:#ff6600;text-decoration:none;}<br>/*]]>*/ |