# Exhibit BBB

**BSG Real Estate Ltd**

31-Dec-15

