# Exhibit DDD

NEW YORK    LOS ANGELES    SOUTH FLORIDA    CHICAGO    NATIONAL    TRI-STATE

**The Real Deal**
NEW YORK REAL ESTATE NEWS

SUBSCRIBE    SIGN IN

NEWS    MAGAZINE    RESEARCH    EVENTS    VIDEO    TRD TALKS LIVE

  

**TRENDING:**    Coronavirus    Blackstone    Compass    WeWork

# Feldman's HFZ and Acro finalize $80M deal for Setai

TRD NEW YORK / By David Jones

April 05, 2011 07:12 PM

*Ziel Feldman and the Setai*

HFZ, led by Ziel Feldman, and Israel's Acro Group, have closed on an $80 million deal with Anglo Irish Bank to buy the note at the Setai condominium at 40 Broad Street.

Anglo Irish, the struggling Irish lender, put its $147 million construction loan up for sale in 2010 after the sponsor, Zamir Equities, defaulted on the debt.

Zamir completed the conversion of the 34-story office building into a condo and sold around 50 percent of the units, but former Attorney General Andrew Cuomo allowed buyers to back out of their contracts and halted future sales.

3 ARTICLES LEFT | Become a *TRD* insider today and support factual journalism.    SUBSCRIBE NOW    SIGN IN





SUBSCRIBE

NEW YORK    LOS ANGELES    SOUTH FLORIDA    CHICAGO    NATIONAL    TRI-STATE

"The Setai is an outstanding product that shines within the current
inventory in FiDi and I am confident that sales will go extremely
well," said Prudential Douglas Elliman broker Lenny Sporn from the Tavivian-Sporn Group, who
represented HFZ in the deal.

A spokesperson for Attorney General Eric Schneiderman said an
amendment was accepted March 23, which will allow the building to
resume sales until a new amendment is filed in six months.

The new buyers expressed optimism that they would be able to move
forward with sales at the property. Feldman has teamed with Acro on a
number of other distressed assets in New York, including the note on
303 East 51st Street, the highrise condo from Kennelly Development
that was halted due to a fatal crane accident.

ADVERTISEMENT



3 ARTICLES LEFT | Support factual journalism    SUBSCRIBE