# Exhibit GGG

