# Exhibit JJJ

| | | | |
|---|---|---|---|
| Desktop | `<html xmlns="http://www.w3.org/1999/xhtml"><head><meta content="text/html" http-equiv="Content-Type" /><style type="text/css">/*<![CDATA[*/ p.MsoNormal, li.MsoNormal, div.MsoNormal {margin:0cm; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} h6 { margin-right:0cm; margin-left:0cm; font-size:7.5pt; font-family:"Times New Roman","serif"; font-weight:bold;} a:link{ color:blue; text-decoration:underline;} a:visited{ color:purple; text-decoration:underline;} p { margin-right:0cm; margin-left:0cm; font-size:12.0pt; font-family:"Times New Roman","serif";} p.4aacf786-fc77-432e-b29c-8c30c4afd6ac, li.4aacf786-fc77-432e-b29c-8c30c4afd6ac, div.4aacf786-fc77-432e-b29c-8c30c4afd6ac { margin-right:0cm; margin-left:0cm; font-size:12.0pt; font-family:"Times New Roman","serif";} p.419780ab-0093-487c-8801-748cd40cae0a, li.419780ab-0093-487c-8801-748cd40cae0a, div.419780ab-0093-487c-8801-748cd40cae0a { margin-right:0cm; margin-left:0cm; font-size:12.0pt; font-family:"Times New Roman","serif";} @page WordSection1 {size:612.0pt 792.0pt; margin:72.0pt 72.0pt 72.0pt 72.0pt;} div.WordSection1 {page:WordSection1;} /*]]>*/</style>` | | mes-134.eml |
| Desktop | B says no hurry<br><br>From:Hans Meijer Sent:10 April 2013 10:18 To:'Dag Cramer' (dag@onyxfa.com) Cc:Johan Van Den Braber, David Clark (David.Clark@bsgresources.gg); Martin Maloney (martin@onyxfa.com) Subject:Church USD 6,75 mln<br><br>Dag,<br><br>Seems Churchdeal will happen today.<br><br>·attached updated fax instructions. We separated into two transfers, one of 750k reflecting equity part and one of 6,0 mln reflecting loan part and added in reference on behalf of the BSG-HFZ venture (advice Paul Weiss). Pls sign and send to me, cc Johan and Dave. Fax will only be sent after thumbs up DB/SM. Pls confirm you are available for the call back.<br>·We did not yet receive the funding in BSGRE so this also needs to be taken part of by London office.<br><br>BR Hans | | mes-135.eml |