# Exhibit LLL



HFZ CAPITAL GROUP

ABOUT US / COLLABORATORS / NEWS

PORTFOLIO

500 NORTH MICHIGAN AVENUE

*500 North Michigan Avenue, Chicago, IL*

EXPAND TO VIEW

ABOUT PROPERTY

 

ABOUT US  /  COLLABORATORS  /  NEWS

PORTFOLIO

500 North Michigan Avenue is comprised of Magnificent Mile street-level retail and a timeless 24-story office tower designed by renowned Chicago architectural firm of Skidmore Ownings & Merrill. The 345,927 RSF property is located on prestigious Michigan Avenue and within River North, the most dynamic submarket in Chicago. Centrally located, the property boasts views of the North Michigan Avenue corridor, the Chicago River, and Lake Michigan, while benefiting from the unmatched local amenities of Chicago's most trafficked shopping corridor and thriving office market.



LOCATION

**500 North Michigan Avenue**

Leisure/Entertainment

Dining



CONTACT US

**500 North Michigan Avenue**

Chicago, IL 60611



ABOUT US  /  COLLABORATORS  /  NEWS        PORTFOLIO



YOUR NAME

YOUR EMAIL

CONTACT PHONE

COMMENTS

SUBMIT


OWNER
DEVELOPER
MANAGER



PORTFOLIO  /  TEAM  /  CONTACT  /  TERMS OF USE  /  PRIVACY POLICY  /  ACCESSIBILITY STATEMENT