# Exhibit C

http://www.bsgresources.com/about/senior-management/    Go    DEC  FEB  MAR
                                                              ◀ 20 ▶
10 captures                                                   2013 2014 2015
15 Jun 2013 - 15 Mar 2014                                     ▼ About this capture

[BSG Resources](#)

- [BSGR GUINEA](#)
- [Media](#)
- [Contact](#)
- [About](#)
  - [Group Structure](#)
  - [Corporate Governance](#)
  - [Global Footprint](#)
  - [Meet the Board](#)
  - [Senior Management Team](#)
  - [Track record](#)
- [Mining & Metals](#)
  - [Iron Ore](#)
  - [Diamonds](#)
  - [Ferronickel](#)
- [Energy](#)
- [Community & Environment](#)
  - [Environmental Initiatives](#)
  - [Community Support](#)

About ▼

http://www.bsgresources.com/about/senior-management/

10 captures
15 Jun 2013 - 15 Mar 2014



The breadth of sector skills and experience in the management team reflects the range of BSGR's activities. The team combines international sector specific expertise with finance, project management and exploration.



Over a **Billion**
dollar annual
turnover



Over **6000** people
employed globally

# Senior Management

- **David Clark - Executive Chairman and Finance Director**

- **Asher Avidan - President**

- **Marc Struik - CEO of Mining and Metals**

- **Gregg Blackstock - Head of Mergers and Acquisitions and CEO of Energy**

 Gregg has worked for BSG for over five years. Prior to this he was at the Royal Bank of Scotland where he originated and executed in excess of 50 transactions in debt market origination across various product areas to a global client base.

- **Yossie Tchelet - Strategic Financial Specialist**

## Related Links

- [Corporate Governance](#)
- [Global Footprint](#)
- [Meet the Board](#)

- [About Us](#)
- |
- [Mining & Metals](#)
- |



- Media
- |
- Contact

About Us

- Legal Notice
- |
- Disclaimer
- |
- Cookies
- |
- ©2013 BSG Resources Limited

Privacy and Cookies Policy The attention of users is drawn to BSGR's Privacy & Cookies Policy which includes details on the use of performance, identification and targeting cookies (both our own and third parties) to enhance the functionality of the web-site, to enable the Group to monitor usage and to assist with future communications. By continuing to use this site users will be deemed to have accepted this policy and the use of cookies for these limited purposes only.

While every attempt has been made to ensure the accuracy of all statements at the time of writing, it must be born in mind that BSGR is constantly changing and developing in line with strategy and the markets in which it operates. We regularly check website content but cannot accept responsibility for actions or decisions based on information contained on this website. All questions regarding BSGR's most current status should be checked. Contact details can be found below.