# Exhibit D



**THIS DOCUMENT WAS PREPARED BY:**

Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661
Attn: Brian Spangler, Esq.

**AFTER RECORDING RETURN TO:**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
Attn: Douglas J. Danzig, Esq.

Doc# 1732129079 Fee $46.00

RHSP FEE:$9.00 RPRF FEE: $1.00
KAREN A.YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 11/17/2017 03:16 PM PG: 1 OF 5

[THIS SPACE RESERVED FOR RECORDING DATA.]

# SPECIAL WARRANTY DEED

**THIS SPECIAL WARRANTY DEED** (the "Deed"), is made as of this 16th day of November, 2017, by CHICAGO 500 NORTH MICHIGAN LLC, a Delaware limited liability company (the "**Grantor**"), having an office at c/o The Macerich Company, 401 Wilshire Blvd., Suite 700, Santa Monica, CA 90401, to 500 NMA ACQUISITION CO LLC, a Delaware limited liability company ("**500 NMA**") having an office at c/o Tarpley 500 NMA CORP MBR, Bryan Cave, 1290 Avenue of the Americas, New York, New York 10104, and FINE ARTS NY LLC, a New York limited liability company ("**Fine Arts**," and together with 500 NMA, "**Grantee**"), having an office at c/o NYC MGMT, 381 Park Avenue South, New York, New York 10016.

## WITNESSETH:

That the Grantor for and in consideration of the sum of TEN AND 00/100THS DOLLARS ($10.00) and other good and valuable consideration in hand paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged, by these presents does ***GRANT, REMISE, RELEASE, ALIEN, SELL AND CONVEY*** unto (a) 500 NMA and its successors and assigns ***FOREVER*** an undivided 56.5% interest as tenant-in-common in all of the real estate, situated in the County of Cook and State of Illinois, commonly known as 500 North Michigan Avenue, Chicago, Illinois and legally described on **Exhibit A** attached hereto and made a part hereof together with the building structures, fixtures, and other improvements located on said real estate (the "**Property**"), subject to all matters set forth on **Exhibit B** attached hereto and made a part hereof (the "**Permitted Exceptions**"), and (b) Fine Arts and its successors and assigns ***FOREVER***, an undivided 43.5% interest as tenant-in-common in all of the Property, subject to all Permitted Exceptions.

**TO HAVE AND TO HOLD** the Property subject only to the Permitted Exceptions, unto the Grantee and their respective successors and assigns forever.

Grantor does covenant, promise and agree, to and with the Grantee and their respective successors and assigns, that it has not done, or suffered to be done, anything whereby the

COMMONWEALTH LAND TITLE C2460/719

IN WITNESS WHEREOF, the Grantor has caused its name to be signed to these presents on the date first set forth above.

**GRANTOR:**

**CHICAGO 500 NORTH MICHIGAN LLC,**
a Delaware limited liability company

By: _____
Name: Thomas J. Leanse
Title: Senior Executive Vice President, Chief Legal Officer and Secretary

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

On October 19, 2017, before me, Mary Taylor, Notary Public, personally appeared Thomas J. Leanse, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____  (Seal)
Notary Public

MARY TAYLOR
Notary Public - California
Los Angeles County
Commission # 2174914
My Comm. Expires Jan 5, 2021

**MAIL SUBSEQUENT TAX BILLS TO:**

500 NMA Acquisition Co LLC
500 N Michigan Ave, Suite 2008
Chicago, IL 60611
Attn: Property Manager



## EXHIBIT A TO SPECIAL WARRANTY DEED

## LEGAL DESCRIPTION

THE EAST 40.00 FEET OF LOT 8, ALL OF LOTS 9 AND 10 AND THE WEST 1/2 OF LOT 11 IN BLOCK 17 IN KINZIE'S ADDITION TO CHICAGO IN THE NORTH FRACTIONAL SECTION 10, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**Common Address**: 500 N. Michigan Avenue, Chicago, Illinois

**PIN**: 17-10-125-011-0000

| REAL ESTATE TRANSFER TAX | | 17-Nov-2017 |
|---|---|---|
| | CHICAGO: | 647,625.00 |
| | CTA: | 259,050.00 |
| | TOTAL: | 906,675.00 * |
| 17-10-125-011-0000 | 20171001632081 | 1-237-764-128 |

* Total does not include any applicable penalty or interest due.

| REAL ESTATE TRANSFER TAX | | 17-Nov-2017 |
|---|---|---|
| | COUNTY: | 43,175.00 |
| | ILLINOIS: | 86,350.00 |
| | TOTAL: | 129,525.00 |
| 17-10-125-011-0000 | 20171001632081 | 0-031-268-896 |



## EXHIBIT B TO SPECIAL WARRANTY DEED

## PERMITTED EXCEPTIONS

1. REAL ESTATE TAXES FOR THE 2017 CALENDAR YEAR, WHICH ARE LIENS NOT YET DUE AND PAYABLE.

2. THE LAND LIES WITHIN THE BOUNDARIES OF A SPECIAL SERVICE AREA AS DISCLOSED BY ORDINANCE RECORDED AS DOCUMENT 91075841, AND IS SUBJECT TO ADDITIONAL TAXES UNDER THE TERMS OF SAID ORDINANCE AND SUBSEQUENT RELATED ORDINANCES.

3. ENCROACHMENT OF THE STEEL AND CONCRETE PLATFORM LOCATED MAINLY ON THE LAND ONTO THE PROPERTY EAST AND ADJOINING (MICHIGAN AVENUE) BY APPROXIMATELY 10 FEET.

4. EXISTING UNRECORDED LEASES AND ALL RIGHTS THEREUNDER OF THE LESSEES AND OF ANY PERSON OR PARTY CLAIMING BY, THROUGH OR UNDER THE LESSEES.



## STATEMENT OF OWNER RELATING TO PROPERTY MANAGER

### AND

### FINAL WAIVER OF LIEN BY PROPERTY MANAGER

Whereas, the undersigned __CBRE, Inc., a Delaware corporation__ has__ been employed by __Chicago 500 North Michigan LLC__ to furnish services as the property manager at the premises commonly known as __500 North Michigan Avenue, Chicago, Illinois__ and legally described in Commitment Number __2010 C24601719__ dated __September 27, 2017__

The undersigned, for and in consideration of Ten and No/100 ($10.00) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged do——————, hereby waive and release any and all lien or claim or right to a lien under the Statutes of Illinois relating to Mechanic's Lien, on the above described premises and improvements thereon and on the monies or other considerations due or becoming due from the owner on account of labor or services, materials, fixtures, apparatus or machinery heretofore furnished or which may be furnished at any time hereafter by the undersigned for the above described premises.

Dated this __17__ day of __October__, __2017__.

BY: __CBRE, Inc., a Delaware corporation__
Name of PROPERTY MANAGER
_[signature: Jennifer Siragusa]_
Signature of PROPERTY MANAGER
__321 North Clark, Chicago, IL 60654__
Address of PROPERTY MANAGER

Chicago 500 North Michigan LLC,
a Delaware limited liability company

BY: _[signature]_
Signature of OWNER OR AGENT
Thomas J. Leanse

401 Wilshire Blvd, Suite 700, Santa Monica, Ca 90401
Address of OWNER OR AGENT

### AFFIDAVIT

The undersigned, __Jennifer Siragusa__, first duly sworn, deposes and says that he is __General Manager__, of __CBRE, Inc., a Delaware corporation__ employed as the property manager by __Chicago 500 North Michigan LLC__, Owner of the land referred to above, for the building(s) located at __500 North Michigan Avenue, Chicago, Illinois__.

Affiant makes the following statement:

that there are no contracts for outstanding work, and that there is nothing due to any person for material labor or other work of any kind done or to be done upon or in connection with the premises noted herein. No contracts have been let, either verbal or written by the undersigned as agent for the owner.

Dated this __17__ day of __October__, __2017__.

BY: _[signature: Jennifer Sirag]_
Name of PROPERTY MANAGER

SUBSCRIBED and SWORN to before me
this __17th__ day of __October 2017__

_[signature: Theresa A. Carrillo]_
Notary Public

```
THERESA A CARRILLO
Official Seal
Notary Public - State of Illinois
My Commission Expires Feb 25, 2020
```