# Exhibit G

# LIONBRIDGE

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached article "When Nicolas Sarkozy Plays a Business Intermediary," dated August 23, 2019.

Kristen Duffy, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 2nd day of September, 20 19.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

*When Nicolas Sarkozv Plays a Business Intermediary*

Le Monde

Friday, August 23, 2019

Copyright 2019 *Le Monde* Interactif All Rights Reserved

# Le Monde

**Section:** *LE MONDE*; Pg. 4

**Length:** 764 words

**Byline:** Ch. Ct
**Highlight**: The former head of the French State, who became an attorney, was with *Beny Steinmetz* on a trip to Conakry, in February.

## Body

The French Embassy at Conakry only learned about it at the last moment. And only because of the presence on the plane of armed French security officers, charged with protecting a VIP individual. On February 21, Nicolas Sarkozy is all smiles in front of the Guinean President, Alpha Condé. As a former head of state, attorney, business intermediary? Probably a little of each, to try to unravel the Simandou file, the largest iron ore reserve in the world...

Nicolas Sarkozy knows the Franco-Israeli billionaire *Beny Steinmetz*, the main protagonist in the case, who managed – only for a time – to get his hands on this treasure before being deprived of it in 2004 by Alpha Condé.

It is therefore alongside Mr. *Steinmetz*, and in the businessman's private plane, that Nicolas Sarlozy arrived in Conakry. A few days later, a press release announced the conclusion of an agreement between Guinea and the *Beny Steinmetz* Group Resources (BSGR), one of the nebulous entities of the Franco-Israeli's mining companies.

The text, not definitive, to which *Le Monde* had access, opens the way – its signatories hope – to freezing a certain number of judicial proceedings between the two parties – in particular before the International Center for the settlement of the disputes concerning investments (Cirdi) – and to reinstate *Beny Steinmetz* in Guinea. The protocol of agreement stipulates that BSGR renounce all claims against Simandou, but at the same time offers the Franco-Israeli billionaire the opportunity to position himself on another Guinean mining concession, that of Zogota.

### *"Putting an End to All This"*

How can we explain this about-face when Guinea seemed to have an opportunity to win the proceedings before the Cirdi? *"It had been going on for too long, the procedure was likely to be delayed again and cost us millions of dollars in attorney fees,"* claimed President Alpha Condé in Le Monde. *It also discouraged investors from taking an interest in Simandou. We had to put an end to all this."* The chances of recovering hundreds of millions of dollars in compensation were not guaranteed either. *"The BSGR was placed under judicial management [in March 2018]. It is almost an empty shell, with no assets to recover for Guinea,"* says a participant in the case.

When Nicolas Sarkozy Plays a Business Intermediary

"For several months, **Beny Steinmetz** insisted I settle the dispute. In Lomé, in Nouakchott... I always refused," *adds the Guinean President. Before the meeting in Conakry, several confidential meetings were held in the rooms of the Plaza Athénée, the Parisian palace that* **Beny Steinmetz** *frequents. Around him were his friend Ivory Coast Defense Minister Hamed Bakayoko and a special adviser to the Guinean President who became State Minister, Tibou Kamara, to facilitate the search for an agreement. At the end of the negotiations, Nicolas Sarkozy was invited as a mediator. He had previously met with* Mr. **Steinmetz** *in Paris in his offices on Miromesnil Street.*

"(Nicolas) Sarkozy has been a friend of **(Beny) Steinmetz** for a long time, states Alpha Condé, and when he told me we could talk to him, I said OK." For his part, the former Socialist Minister Michel Sapin states that "*Alpha [Condé] was very happy with its effect. I'm in Heaven!*" Michel Sapin was in Conakry a few days before the arrival of Nicolas Sarkozy in the company of François Hollande, who had come to visit his old Guinean comrade. "*Alpha was too happy that Sarkozy asked him for a favor,*" Sapin adds.

A little air of revenge, for the Guinean president? When Sarkozy was at the Élysée, Alpha Condé suspected him of interference in the Ivorian case. "*I sleep a lot better since the election of François [Hollande],*" he once told a French diplomat. Asked by **Le Monde** about his role in this reconciliation, mediation and his possible remuneration, Nicolas Sarkozy did not follow up. In a letter dated April 15, 2019, BDO – the international accounting firm that administers the BSGR – explained that it had not *"mandated Mr. Sarkozy"* and had not paid him emoluments. The agreement between Guinea and Mr. **Steinmetz** does not put an end to the accusations of corruption brought against him by the Swiss courts in the Simandou case. His trial is expected to be held soon in Switzerland.

**Load-Date:** August 22, 2019

**End of Document**

## *Quand Nicolas Sarkozy joue les intermédiaires d'affaires*

Le Monde

vendredi 23 août 2019

Copyright 2019 *Le Monde* Interactif tous droits réservés

**Le Monde**

**Section:** *LE MONDE*; Pg. 4

**Length:** 764 words

**Byline:** Ch. Ct
**Highlight:** L'ancien chef de l'Etat français, devenu avocat, était aux côtés de **Beny Steinmetz** lors d'un déplacement à Conakry, en février

# Body

L'ambassade de France à Conakry ne l'avait appris qu'au dernier moment. Et seulement en raison de la présence à bord de l'avion d'officiers de sécurité français armés, chargés de la protection d'une haute personnalité. Le 21 février, Nicolas Sarkozy se présente tout sourire devant le président guinéen, Alpha Condé. En tant qu'ancien chef de l'Etat, avocat, intermédiaire d'affaires ? Sans doute un peu des trois, pour tenter de dénouer le dossier Simandou, du nom de la plus grande réserve au monde de minerai de fer…

Nicolas Sarkozy connaît le milliardaire franco-israélien **Beny Steinmetz**, le personnage central du dossier, parvenu – pendant un temps seulement – à mettre la main sur ce trésor avant d'en être privé en 2004 par Alpha Condé.

C'est donc aux côtés de M. **Steinmetz**, et dans l'avion privé de l'homme d'affaires, que Nicolas Sarlozy est arrivé à Conakry. Quelques jours plus tard, un communiqué de presse annonçait la conclusion d'un accord entre la Guinée et la **Beny Steinmetz** Group Ressources (BSGR), l'une des entités de la nébuleuse de sociétés du minier franco-israélien.

Le texte, non définitif, auquel **Le Monde** a eu accès, ouvre la voie - espèrent ses signataires - au gel d'un certain nombre de procédures judiciaires entre les deux parties – notamment devant le Centre international pour le règlement des différends relatifs aux investissements (Cirdi) – et à remettre **Beny Steinmetz** en selle en Guinée. Le protocole d'accord stipule ainsi que la BSGR renonce à toute prétention sur Simandou, mais il offre dans le même temps au milliardaire franco-israélien la possibilité de se positionner sur une autre concession minière guinéenne, celle de Zogota.

*« Mettre un terme à tout ça »*

Comment expliquer ce revirement alors que la Guinée semblait avoir la possibilité de gagner la procédure engagée devant le Cirdi ? *« Cela durait depuis trop longtemps, la procédure risquait de traîner encore et de nous coûter des millions de dollars en avocats, explique au Monde le président Alpha Condé. Elle décourageait aussi les investisseurs de s'intéresser à Simandou. Il fallait mettre un terme à tout ça. »* Les chances de récupérer des centaines de millions de dollars de dédommagements n'étaient pas garanties non plus. *« La BSGR a été placée sous administration judiciaire [en mars 2018]. C'est quasiment une coquille vide, sans actifs à récupérer pour la Guinée »*, précise un acteur du dossier.

Quand Nicolas Sarkozy joue les intermédiaires d'affaires

*«Depuis plusieurs mois, **Beny Steinmetz** me faisait des appels du pied pour régler le contentieux. A Lomé, à Nouakchott… J'avais toujours refusé»*, ajoute le président guinéen. Avant la rencontre de Conakry, plusieurs réunions confidentielles s'étaient tenues dans les salons du Plaza Athénée, le palace parisien où **Beny Steinmetz** a ses habitudes. Autour de lui se trouvaient son ami le ministre ivoirien de la défense, Hamed Bakayoko, et un conseiller spécial du président guinéen devenu ministre d'Etat, Tibou Kamara, chargé de faciliter la recherche d'un accord. Sur la fin des négociations, Nicolas Sarkozy était convié en tant que médiateur. Il avait auparavant reçu M. **Steinmetz** à Paris dans ses bureaux de la rue Miromesnil.

*«[Nicolas] Sarkozy est un ami de [**Beny**] **Steinmetz** depuis longtemps, assure Alpha Condé, et quand il m'a dit qu'on pouvait discuter avec lui, j'ai fait: OK.»* De son côté, l'ancien ministre socialiste Michel Sapin assure qu'*«Alpha [Condé] était très content de son effet. Aux anges!»* Michel Sapin était à Conakry quelques jours avant l'arrivée de Nicolas Sarkozy en compagnie de François Hollande, venu rendre visite à son vieux camarade guinéen. *«Alpha était trop content que Sarkozy lui demande une faveur»*, ajoute M. Sapin.

Un petit air de revanche, pour le président guinéen? Du temps où M. Sarkozy était à l'Elysée, Alpha Condé le soupçonnait d'ingérence dans le dossier ivoirien. *«Je dors beaucoup mieux depuis l'élection de François [Hollande]»*, avait-il un jour confié à un diplomate français. Sollicité par **Le Monde** sur son rôle dans cette réconciliation, la médiation et son éventuelle rémunération, Nicolas Sarkozy n'a pas donné suite. Dans un courrier du 15 avril 2019, BDO – le cabinet international d'expertise comptable qui administre la BSGR – expliquaitqu'il n'avait pas *«mandaté M. Sarkozy»* et ne lui avait pas versé d'émoluments. L'accord conclu entre la Guinée et M. **Steinmetz** ne met pas un terme aux accusations de corruption portées contre lui par la justice helvétique dans l'affaire Simandou. Son procès devrait se tenir prochainement en Suisse.

**Load-Date:** August 22, 2019

---

**End of Document**