# Exhibit H



# Settlement of the Dispute between the Republic of Guinea and BSG Resources

February 25, 2019 02:00 AM Eastern Standard Time

LONDON--(BUSINESS WIRE)--The Republic of Guinea and Nysco, the 100% shareholder of BSG Resources ("BSGR") (together "the parties"), jointly announce the settlement of their dispute over mining concessions and licenses in the Republic of Guinea ("Guinea").

Following this agreement, BSGR relinquishes its claims on blocks 1 and 2 of SIMANDOU and both parties waive all outstanding procedures.

At the request of the Republic of Guinea, a new group of investors (presented by and including Mr. Beny Steinmetz) will exploit the ZOGOTA deposit, in order to export iron ore, according to an accelerated timetable.

The parties are delighted that this agreement opens a new chapter in their relationship that enables the development of a world-class mining project for the benefit of the people of Guinea.

Contacts
For BSGR:
Buchanan
Bobby Morse, +44 (0)20 7466 5000
Senior Partner
BSGR@buchanan.uk.com