# Exhibit I

Appointment

| | |
|---|---|
| **From**: | Stephen Peters [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9949ea21224f40f0ba405cdd89449f2a-Steve Peter] |
| **Sent**: | 2/14/2019 10:11:11 AM |
| **To**: | Stephen Peters [stephen.peters@bdo.co.uk]; Malcolm Cohen [malcolm.cohen@bdo.co.uk]; David Mitchell [David.Mitchell@bdo.co.uk]; Matt Crane [Matt.Crane@bdo.co.uk]; 'marcos.camhis@nironmetals.com' [marcos.camhis@nironmetals.com]; 'mike.matsas@nironmetals.com' [mike.matsas@nironmetals.com] |
| **CC**: | Marcos Camhis [marcos@camhis.com] |
| **Subject**: | Meeting: BDO / Niron Metals |
| **Location**: | 55 Baker Street, Meeting Room 03 (dial-in details below) |
| **Start**: | 2/14/2019 1:00:00 PM |
| **End**: | 2/14/2019 3:30:00 PM |
| **Show Time As**: | Busy |
| **Required Attendees**: | Stephen Peters; Malcolm Cohen; David Mitchell; Matt Crane; 'marcos.camhis@nironmetals.com'; 'mike.matsas@nironmetals.com' |

## Audio Conferencing

**PINs:**
Participant: 8743557
Host: 5974035

**Dial-in numbers:**
UK Toll Free
0800 158 4456
Standard International Access
+44 (0) 20 8934 7124
Access more international numbers

Appointment

| | |
|---|---|
| **From**: | Stephen Peters [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9949EA21224F40F0BA405CDD89449F2A-STEVE PETER] |
| **Sent**: | 4/10/2019 8:40:32 AM |
| **To**: | Stephen Peters [stephen.peters@bdo.co.uk]; marcos.camhis@nironmetals.com; Malcolm Cohen [malcolm.cohen@bdo.co.uk] |
| **Subject**: | Niron Meeting: Marcos Camhis, Stephen Peters, Malcolm Cohen |
| **Location**: | 55 Baker Street |
| **Start**: | 4/10/2019 1:30:00 PM |
| **End**: | 4/10/2019 2:30:00 PM |
| **Show Time As**: | Tentative |
| **Required Attendees**: | marcos.camhis@nironmetals.com; Stephen Peters; Malcolm Cohen |

Appointment

| | |
|---|---|
| **From**: | Rachel Fowler [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=799425419521423daf33fe798ce3799b-Rachel Fowl] |
| **Sent**: | 5/29/2019 8:07:05 AM |
| **To**: | Malcolm Cohen [malcolm.cohen@bdo.co.uk]; 'marcos.camhis@nironmetals.com' [marcos.camhis@nironmetals.com]; Matt Crane [matt.crane@bdo.co.uk]; Stephen Peters [stephen.peters@bdo.co.uk]; George Jacobs [george.jacobs@bdo.co.uk] |
| **CC**: | Marcos Camhis [marcos@camhis.com]; William.Callewaert@bdo.gg [william.callewaert@bdo.gg] |
| **Subject**: | BSGR/Niron call |
| **Location**: | Room 2.05 - call details within invite |
| **Start**: | 5/29/2019 3:00:00 PM |
| **End**: | 5/29/2019 4:00:00 PM |
| **Show Time As**: | Busy |
| **Required Attendees**: | Malcolm Cohen; 'marcos.camhis@nironmetals.com'; Matt Crane; Stephen Peters; George Jacobs |

UK: 0800 158 4456
International: 0208 934 7124

Participant Pin: 2212644#
Host Pin: 3369188#

JA0009027