# Exhibit M

# LIONBRIDGE

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Dutch into English of the attached article "Amsterdam nickel giant angry about 'conspiracy.'"

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me this 12th day of May, 20 20.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

# Amsterdam nickel giant angry about 'conspiracy'

## Cunico accuses Macedonia vice prime minister to be the coordinator of hijacking its corporate assets

Vasco van der Boon
Amsterdam

Amsterdam based nickel producer Cunico accuses the Macedonian vice prime minister Kocho Angjushev of being the "coordinator" of "hijacking" the key corporate assets. This is asserted by Cunico in a civil subpoena against nine companies and four people.

Cunico claims a €20m advance payment of a claim for damages totalling €100m from them before the Amsterdam District Court. Cunico speaks of 'a conspiracy'. The complaint comes at a time when the European Commission wants to open negotiations with Balkan countries Macedonia and Albania on accession to the European Union. This renders Cunico's accusations against the Macedonian Deputy Prime Minister an extra dimension.

The claim is a new episode in the saga around Cunico Resources, Europe's largest nickel manufacturer. Because the holding companies have their headquarters in the Netherlands, the Amsterdam Court of Appeal is their battlefield.

The owners previously fought over the control. Following the intervention of the Enterprise Chamber of the Amsterdam District Court, 90% of Cunico is now held by Amsterdam-based International Mineral Resources (IMR) and its Luxembourg parent Summerside Investments, which belongs to "The Trio": the Central Asian billionaires Alexander Mashkevitch, Patoch Sjodijev, and Alijan Ibragimov. Through Summerside they each own 33.3% of IMR.

Following the intervention of the District Court the remaining 10% in Cunico is held by Amsterdam based Beny Steinmetz Group Resources. BSGR is owned by Israeli billionaire Beny Steinmetz. He was recently released on bail in Israel in a frauds case. Equally, the conduct of his counterparts of the Trio is also not impeccable.

Cunico's new action builds on the dispute among the owners. The Trio accuses the Macedonian vice Prime Minister and the other defendants of taking the key assets of Cunico. Steinmetz, the vice Prime Minister and the other defendants colluded, according to Cunico, to take away the Macedonian nickel smelter Feni Industries from Cunico.

Three Macedonian banks and the Macedonian energy provider EDS would also be part of the complot. Cunico alleges "economically irrational, negligent, and possibly even fraudulent actions" by the conspirators.

Feni is considered the most valuable asset of Cunico. Cunico believes that the conspirators, using non-business banking stranglehold contracts and a poison pill construction, put Feni in such a financially untenable situation that the smelter was forced to go bankrupt in December of last year.

Cunico alleges that a bid to rescue Feni from Cunico-friendly Bulgarian power company Enekod was blocked by Macedonian banks upon the vice Prime Minister's instructions. According to the plaintiffs, the smelter was subsequently directed to friends of Steinmetz et al.

In ads in local newspapers and in the Financial Times of January 3, 2018, Feni's Macedonian executor invited potential bidders. They had to meet such specific requirements that there was de facto only one bidder who would qualify, says Cunico. Interested parties ought to be able to supply Feni for at least six months with 100,000 tonnes of nickel ore as well as show demonstrable experience with the production of nickel.

The sole remaining contender was therefore Global Special Opportunities Limited (GSOL) in the Bahamas - also summoned by Cunico. Cunico alleges that they are backed by a group of Greek investors that are aligned with Steinmetz, vice Prime Minister Angjushev, and two allegedly defected former Cunico managers.

Cunico points out that the financing by GSOL of an earlier bid for Cunico by the Steinmetz group was a reason for the auditing firm EY to withdraw as an auditor. Because GSOL could not explain the origin of its funds. GSOL's bid for Cunico threatened to violate anti-money laundering regulations.

Nevertheless, on March 13, 2018, the executor of Cunico smelter Feni agreed with the bid of the Macedonian Euronikel Dooel Skopje, on the claims to the controversial smelter by the Macedonian banks who are also summoned. According to Cunico, Euronikel Dooel Skopje is wholly owned by GSOL. The Steinmetz/GSOL group thus indirectly obtains the key assets of Cunico.

According to Cunico, the takeover of Feni by GSOL is part of a wrought plan. GSOL already bought the Falconbridge Dominicana (Falcondo) with its associated Dominican nickel smelters and its Ivorian nickel mine from metals giant Glencore, in 2015, through its vehicle American Nickel. Thus, GSOL already owns a direct competitor of Cunico. Cunico's nickel smelter can now be added.

Cunico believes that the Macedonian games are a foul play. The writ of summons speaks of "a secret agenda" of vice Prime Minister Angjushev, who has been in charge of economic affairs since mid-2017. Previously, he owned and managed the power company EDS, of which he is still a shareholder today. Because nickel smelters like Feni are energy guzzlers, Angjushev has a personal interest in this conflict, believes Cunico. Angjushev presented the sale of Feni on TV as a major government success.

Cunico has also filed a lawsuit in London against two allegedly defected former Cunico managers. Because of the actions of the vice Prime Minister, Cunico sued Macedonia at the World Bank's arbitration institute ICSID in Washington, alleging that the country is violating investor rights.

**Cunico**
Nickel producer summons nine companies and four individuals

**District Court**
Cunico claims damages of € 100 m

**Conflict**
The owners earlier fought over control



Nickel smelter Feni Industries in Macedonia. It is considered the most valuable asset of Amsterdam-based nickel producer Cunico.
PHOTO: CUNICO RESOURCES

## Battle of the Titans
The stakes: Nickel smelter in Macedonia

**'The Trio'**
Together own 90% of the shares of Cunico


**Alexander Mashkevitch**


**Alijan Ibragimov**       **Patoch Sjodijev**

Accuse Angjushev and Steinmetz of a conspiracy against Cunico with Angjushev as the "coordinator"

   

**Kocho Angjushev**       **Beny Steinmetz**

## Macedonian banks reject claim

Two of the three summoned Macedonian banks reject, through their attorney, the accusations by Cunico. On behalf of Komercijalna Banka and Stopanska Banka, attorney Kasper Krzeminski of NautaDutilh informs that his clients are "wrongfully involved as third parties in Dutch proceedings in a dispute that concerns an internal matter of the Cunico group, its shareholders and its (former) directors".

"Both banks have in the past only provided risk financing to Feni. In that context, the banks have received common collateral, irrespective of their rights in Feni's bankruptcy", the lawyer states.

According to the two banks, the Dutch court has no jurisdiction over them, and they refrain from further comments now that the case is in front of a judge. BSGR's lawyer refuses to comment. The Macedonian embassy in The Hague did not respond.

**According to the banks, the Dutch courts have no jurisdiction over them**

# Amsterdamse nikkelgigant kwaad om 'samenzwering'

Cunico beschuldigt Macedonische vicepremier ervan coördinator te zijn van het kapen van bedrijfsbezittingen

**Vasco van der Boon**
Amsterdam

De vanuit Amsterdam opererende nikkelproducent Cunico beschuldigt de Macedonische vicepremier Kocho Angjushev 'coördinator' te zijn van het 'kapen' van de belangrijkste bedrijfsbezittingen. Dit stelt Cunico in een civiele dagvaarding tegen negen bedrijven en vier personen.

Cunico claimt van hen voor de Amsterdamse rechtbank € 20 mln voorschot op een schadevergoeding van ruim € 100 mln. Cunico spreekt van 'een samenzwering'. De aanklacht komt op een moment dat de Europese Commissie onderhandelingen wil openen met de Balkanlanden Macedonië en Albanië over toetreding tot de Europese Unie. Dat geeft de beschuldigingen van Cunico aan het adres van de Macedonische vicepremier een extra lading.

De claim is een nieuwe aflevering in een feuilleton rond Cunico Resources, de grootste nikkelfabrikant van Europa. Omdat de houdsterbedrijven hun hoofdkantoor in Nederland hebben, is de Amsterdamse rechtbank hun strijdtoneel.

Eerder ruzieden de eigenaren over de zeggenschap. Na een ingreep van de Ondernemingskamer van het Amsterdamse gerechtshof is nu 90% van Cunico in handen van het in Amsterdam zetelende International Mineral Resources (IMR) en zijn Luxemburgse moeder Summerside Investments. Dat is van 'Het Trio': de Centraal-Aziatische miljardairs Alexander Mashkevitch, Patoch Sjodijev en Alijan Ibragimov. Via Summerside houden zij elk 33,3% van IMR.

De resterende 10% van Cunico is na de ingreep door het hof in bezit van het in Amsterdam kantoor houdende Beny Steinmetz Group Resources. BSGR is van de Israëlische miljardair Beny Steinmetz. Die kwam onlangs in Israël op borgtocht uit voorarrest in een fraudezaak. Zijn tegenspelers van het Trio zijn overigens ook niet van onbesproken gedrag.

De nieuwe actie van Cunico borduurt voort op de eigenaarsruzie. Het Trio beschuldigt de Macedonische vicepremier en de andere gedaagden ervan de belangrijkste bezitting van Cunico af te troggelen. Steinmetz, de vicepremier en de andere gedaagden werkten volgens Cunico samen om de Macedonische nikkelsmelterij Feni Industries van Cunico af te pakken.

Drie Macedonische banken en het Macedonische energiebedrijf EDS zouden ook in dit complot zitten. Cunico spreekt van 'bedrijfseconomisch irrationeel, nalatig en mogelijk zelfs frauduleus handelen' door de samenzweerders.

Feni geldt als het waardevolste bezit van Cunico. Cunico meent dat de samenzweerders met onzakelijke bancaire wurgcontracten en een gifpilconstructie Feni in zo'n financieel onhoudbare situatie manoeuvreerden dat de smelterij december vorig jaar wel failliet moest gaan.

Een reddingsbod op Feni van het met Cunico bevriende Bulgaarse stroombedrijf Enekod blokkeerden de Macedonische banken op aanwijzing van de vicepremier, meent Cunico. Volgens de klagers is de smelterij daarna richting vriendjes van Steinmetz cum suis gedirigeerd.

De Macedonische curator van Feni nodigde op 3 januari 2018 met advertenties in lokale kranten en in de Financial Times potentiële bieders uit. Zij moesten aan zulke specifieke voorwaarden voldoen, dat de facto maar één bieder over kon blijven, aldus Cunico. Gegadigden moesten Feni minimaal zes maanden 100.000 ton nikkelerts per maand kunnen leveren en



Nikkelsmelterij Feni Industries in Macedonië. Zij geldt als het waardevolste bezit van de vanuit Amsterdam opererende nikkelproducent Cunico.
FOTO: CUNICO RESOURCES

aantoonbare ervaring met nikkelproductie hebben.

De enig resterende kanshebber werd zo het — eveneens door Cunico gedagvaarde — Global Special Opportunities Limited (GSOL) op de Bahamas. Cunico stelt dat daarachter een groep Griekse investeerders schuilgaat die gemene zaak zouden maken met Steinmetz, vicepremier Angjushev en twee beweerdelijk overgelopen ex-Cunico-managers.

Cunico wijst erop dat de financiering door GSOL van een eerder bod van de groep Steinmetz op Cunico voor accountantskantoor EY reden was zich als accountant terug te trekken. Omdat GSOL de herkomst van zijn financiën niet kon verklaren. Dit GSOL-bod op Cunico dreigde de regels tegen witwassen te schenden.

De curator van Cunico-smelterij Feni stemde niettemin op 13 maart 2018 in met een bod van het Macedonische Euronikel Dooel Skopje op de vorderingen van de Macedonische banken die eveneens zijn gedagvaard op de omstreden smelterij. Euronikel Dooel Skopje is volgens Cunico voor 100% van GSOL. De groep Steinmetz/GSOL krijgt daarmee via een omweg alsnog het belangrijkste eigendom van Cunico in handen.

De overname van Feni door GSOL maakt volgens Cunico deel uit van een doorwrocht plan. Van metaalreus Glencore kocht GSOL in 2015 via zijn vehikel American Nickel al het bedrijf Falconbridge Dominicana (Falcondo), met bijbehorende Dominicaanse nikkelsmelterij en Ivoriaanse nikkelmijn. GSOL bezit daarmee al een directe concurrent van Cunico. Cunico's nikkelsmelterij kan daar nu aan toe worden gevoegd.

De Macedoniërs spelen hierbij vals spel, meent Cunico. De dagvaarding spreekt van 'een geheime agenda' van vicepremier Angjushev. Die is sinds medio 2017 belast met economische zaken. Daarvoor was hij eigenaar en bestuurder van stroombedrijf EDS, waarvan hij nu nog aandeelhouder is. Omdat nikkelsmelterijen zoals Feni energieslurpers zijn, heeft Angjushev dus een persoonlijk belang in dit conflict, meent Cunico. Angjushev presenteerde de verkoop van Feni op tv als een groot regeringssucces.

Cunico heeft in Londen ook een rechtszaak aangespannen, tegen twee beweerdelijk overgelopen ex-Cunico-managers. Vanwege het handelen van de vicepremier heeft Cunico Macedonië aangeklaagd bij het arbitrage-instituut ICSID van de Wereldbank in Washington, omdat het land de rechten van investeerders zou schenden.

### Cunico
Nikkelproducent daagt negen bedrijven en vier personen

### Rechtbank
Cunico claimt een schadevergoeding van ruim € 100 mln

### Conflict
Eerder ruzieden de eigenaren over de zeggenschap

## Titanenstrijd

Inzet is nikkelsmelterij in Macedonië

**'Het Trio'**
Bezit samen 90% van de aandelen van Cunico

**Alexander Mashkevitch**

**Alijan Ibragimov**   **Patoch Sjodijev**

Beschuldigen Angjushev en Steinmetz van een samenzwering tegen Cunico met Angjushev als 'coördinator'

**Kocho Angjushev**   **Beny Steinmetz**

## Macedonische banken wijzen aanklacht af

Twee van de drie gedagvaarde Macedonische banken wijzen via hun advocaat de beschuldigingen van Cunico van de hand.

Namens Komercijalna Banka en Stopanska Banka laat raadsman Kasper Krzeminski van NautaDutilh weten dat zijn cliënten 'ten onrechte als derden zijn betrokken in een Nederlandse procedure en in een geschil dat een interne aangelegenheid van de Cunico groep, haar aandeelhouders en haar (oud) bestuurders betreft'.

'Beide banken hebben in het verleden slechts risicodragende financieringen verstrekt aan Feni. In het kader daarvan hebben de banken gebruikelijke zekerheden ontvangen, welke rechten zij in het faillissement van Feni uiteraard ook hebben doen gelden', aldus de advocaat.

De Nederlandse rechter heeft volgens de twee banken geen rechtsmacht tegenover hen. Nu de zaak onder de rechter is, onthouden zij zich van verder commentaar. De advocaat van BSGR weigert commentaar. De Macedonische ambassade in Den Haag reageert niet.

**De Nederlandse rechter heeft volgens de banken geen rechtsmacht tegenover hen**