# Exhibit P



**User Name:** Clara Chan
**Date and Time:** Thursday, May 14, 2020 12:27:00 PM EDT
**Job Number:** 116843676

## Document (1)

1. *How a diamond tycoon lost his shine 'in difficult places'; A bribery case goes beyond a mine in Guinea, writes Rachel Millard*
   **Client/Matter:** 28205-156
   **Search Terms:** How diamond tycoon Beny Steinmetz lost his shine in difficult places
   **Search Type:** Natural Language
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | -None- |

### *How a diamond tycoon lost his shine 'in difficult places'; A bribery case goes beyond a mine in Guinea, writes Rachel Millard*

The Sunday Times (London)

August 25, 2019 Sunday, Edition 1, National Edition

Copyright 2019 Times Newspapers Limited All Rights Reserved



**Section:** BUSINESS AND MONEY;BUSINESS; Pg. 6

**Length:** 868 words

**Byline:** Rachel Millard

## Body

Sir Mick Davis appealed to a spirit of optimism as he unveiled plans to mine iron ore *in* Guinea, a dream that had turned into a nightmare for so many before him.

Niron, the new company set up by the former Xstrata boss and Tory party chief, said *in* a statement *in* February that it would "help unlock the potential of Guinea's rich resources", trying to put an end to years of corruption claims that have stalled growth *in* the impoverished west African country and left millions of tonnes of precious ore buried inside a mountain.

Davis's optimism may have been misplaced: the controversy has not been laid to rest. After a six-year investigation, Swiss prosecutors this month levelled bribery charges against **_diamond_ _tycoon_ _Beny_ _Steinmetz_**, Niron's planned business partner *in* a deal to mine iron ore at the Zogota prospect. The landmark corruption case could see him jailed for up to 10 years.

Davis's entry into Guinea was brokered by **_Steinmetz_**, whose company, BSGR, was stripped of its licence to mine at Zogota by the government *in* 2014, amid bribery claims.

Prosecutors claim that **_Steinmetz_**, along with his key lieutenant Sandra Merloni-Horemans and an alleged agent for BSGR, Frederic Cilins, devised a scheme *in* which $10m of bribes were paid to Mamadie Touré, wife of the late president Lansana Conté, to help BSGR win rights to mine iron ore at Simandou, which neighbours Zogota and had been confiscated from the FTSE 100 giant Rio Tinto. According to details of the prosecution case unearthed by The Sunday Times, the scheme allegedly included a trail of intermediary accounts and fake invoices related to a luxury yacht and land *in* Romania. Funds were allegedly routed via respected banks *in* Europe, Africa and America.

Allegations of bribery - strenuously denied by the defendants and BSGR - were first made by Conté's successor, Alpha Condé, *in* 2012. Cilins was convicted *in* 2014 of obstructing a US bribery investigation, while *in* April the London Court of International Arbitration found BSGR liable for bribing Touré.

Yet the Swiss case is the first time criminal charges have been brought against **_Steinmetz_** and Merloni-Horemans. Global Witness, the campaign group that has investigated the case for years, called it a "milestone".

Clara Chan

How a diamond tycoon lost his shine 'in difficult places'; A bribery case goes beyond a mine in Guinea, writes Rachel Millard

However, *in* a bizarre twist, an arrangement has emerged between Guinea and BSGR, brokered by former French president Nicolas Sarkozy, whereby the west African country has promised to waive any civil or criminal claim against BSGR and waive its status as a complainant *in* the Swiss criminal proceedings.

*In* return, BSGR said it would stop trying to retrieve its mining rights via arbitration. Davis was brought *in* as part of this deal.

Niron will develop Zogota - paying Guinea $50m (£41m). **Steinmetz** introduced Davis to Guinea and is described by BSGR's parent company as an investor *in* the new Zogota development.

A deal *in* which a state contracts to withdraw its complaint from an international criminal case is highly unusual, and has triggered calls for more transparency. Marc Bonnant, **Steinmetz**'s lawyer, said it was evidence that the Swiss allegations were baseless, telling reporters: "Not only do the Guinean authorities recognise today that there has never been corruption, but they give back [Zogota] to the alleged corruptor."

The deal may yet be disputed. BSGR is *in* administration. Its administrators say they could block it.

With or without Guinea's participation, the Swiss allegations represent a big test for **Steinmetz** - a wiry, blue-eyed, 63-year-old Israeli who built his father's *diamond* business into a global concern. At one point, BSGR employed about 10,000 people around the world.Its *diamonds* - supplied to Tiffany - were sported by supermodels Naomi Campbell and Helena Christensen.

"We invest *in difficult places*," **Steinmetz** said *in* a rare newspaper interview *in* 2012. "You have to do it hands-on … It's *difficult*."

Despite its lack of experience *in* iron ore mining, BSGR was handed the rights to two blocks of Simandou *in* 2008 by a dying Conté, who claimed Rio Tinto was not doing enough to develop the prospect.

BSGR sold half to the Brazilian mining giant Vale for $2.5bn, but both were stripped of the rights four years later when BSGR was accused of bribery.

BSGR has always denied the allegations and claims it has been the victim of blackmail backed by faked documents. It has not been charged *in* the Swiss case. According to court documents from a separate arbitration case, Marcus Struik, who led BSGR's metals and mining division, said he accepted that the company had given President Conté and the Guinean minister of mines a miniature golden car, but that it had been presented *in* public and was a standard corporate gift.

Struik now works for GSOL, the private equity outfit that part-owns Davis's Niron and has had dealings with **Steinmetz** over a nickel venture *in* Macedonia.

Marcos Camhis, a director of both Niron and GSOL, told The Sunday Times *in* June that they were trying to move on from Guinea's controversial past.

"The past is one thing, but the past without a promising future is just legal fees and a bad reputation for Guinea," Camhis said. The impending Swiss bribery trial means the past is likely to loom large for some time.

# Graphic

*Diamond* mogul **Beny Steinmetz**, with his wife AgnesDAVID BACHAR

Clara Chan

How a diamond tycoon lost his shine 'in difficult places'; A bribery case goes beyond a mine in Guinea, writes Rachel Millard

**Load-Date:** August 25, 2019

---

*End of Document*