# Exhibit S



Published on *Government of Bermuda* (https://www.gov.bm)

Home > Litigation Solutions Limited (Nicholas John Hoskins) - 51960

Company Name

# Litigation Solutions Limited

Registration Number

## 51960

## Directors

Back to Registrar of Companies Directory    [1]

First Name | Middle Name or Initial | Surname

Nicholas | John | Hoskins

Address:

Victoria Place
31 Victoria Street
Hamilton
Bermuda
HM 10

First Name | Middle Name or Initial | Surname

Maxwell | L.H. | Quin

Address:

Victoria Place
31 Victoria Street
Hamilton
Bermuda
HM 10

| First Name | Middle Name or Initial | Surname |
|---|---|---|
| Sabby | | Mionis |

Address:

22 Shimon Rokach Str
Tel Aviv
Israel

| First Name | Middle Name or Initial | Surname |
|---|---|---|
| Michael | | Raphael |

Address:

20 Homer Avenue
Nicosia
Cyprus
1097

**Source URL:** https://www.gov.bm/51960/litigation-solutions-limited-nicholas-john-hoskins-51960

**Links**

[1] https://www.gov.bm/registrar-of-companies-directory