# Exhibit U

 **OFFSHORE LEAKS DATABASE**

[Search the full Offshore Leaks database]  **SEARCH**

ENTITY

# HADRAMANT HOLDINGS INC.

  

Connected to **3 officers**

Connected to **1 intermediary**

- Incorporated: **04-JAN-2007**
- Status: **Active**
- Registered in: British Virgin Islands
- Linked countries: Switzerland
- Data from: Panama Papers
- Agent: **Mossack Fonseca**
- The Panama Papers data is current through 2015
- Search in opencorporates
- Got a tip? Help ICIJ investigate: contact us or leak to us securely







# ICIJ OFFSHORE LEAKS DATABASE

ABOUT   DOWNLOAD   SUPPORT US


Linkurious

Database powered by Neo4j. What is it?

## CONNECTIONS

### Officer

| | Role | From | To | Data From |
|---|---|---|---|---|
| ALEXANDER MATATHIAS AS TRUSTEE OF THE HADRAMANT TRUST | Shareholder | 16-NOV-2010 | 23-JAN-2013 | Panama Papers |
| MR. MARCOS CAMHIS as Trustee of The Hadramant Trust | Shareholder | 23-JAN-2013 | - | Panama Papers |
| MR. NISSIM MIONIS | Shareholder | 04-JAN-2007 | 16-NOV-2010 | Panama Papers |

### Intermediary

| | Status | Data From |
|---|---|---|
| METAXAS, SPYRO A. | ACTIVE | Panama Papers |

**SEE ALL POWER PLAYERS**

## ABOUT THIS DATABASE

This ICIJ database contains information on more than 785,000 offshore entities that are part of the Panama Papers, the Offshore Leaks, the Bahamas Leaks and the Paradise Papers investigations. The data covers nearly 80 years up to 2016 and links to people and companies in more than 200 countries and territories.

- About this data
- About ICIJ
- FAQ
- Download
- Data sources
- How to use this database
- Credits

## DISCLAIMER

 **OFFSHORE LEAKS DATABASE**   ABOUT   DOWNLOAD   SUPPORT US

## DOWNLOAD DATA

The ICIJ Offshore Leaks Database is licensed under the Open Database License and contents under Creative Commons Attribution-ShareAlike license. Always cite the International Consortium of Investigative Journalists when using this data. You can download a raw copy of the database here.

**SUPPORT US**

Help ICIJ investigate

## ABOUT US

**The International Consortium of Investigative Journalists** is a global network of more than 190 investigative journalists in more than 65 countries who collaborate on in-depth investigative stories.

Learn more

## SUPPORT US

**Independent, fearless investigative journalism is expensive and ICIJ relies on your support.**

Help protect global societies from unprecedented threats by supporting independent investigative journalism.

Become a sponsor

**INTERNATIONAL CONSORTIUM
OF INVESTIGATIVE JOURNALISTS**

1710 Rhode Island Ave NW, 11th floor
Washington DC 20036 USA

