# Exhibit V



# GOVERNMENT OF BERMUDA

Company Name

# Star West Investments Limited

Registration Number

# 51720

## Directors

| First Name | Middle Name or Initial | Surname |
|---|---|---|
| Maxwell | L.H. | Quin |

Address:

Victoria Place
31 Victoria Street
Hamilton
Bermuda
HM 10

| First Name | Middle Name or Initial | Surname |
|---|---|---|
| Jozef | C. | Hendriks |

Address:

34 South Road
Southampton
Bermuda
SN 01

| First Name | Middle Name or Initial | Surname |
|---|---|---|
| Nicholas | John | Hoskins (alternate) |

Address:

Victoria Place
31 Victoria Street
Hamilton
Bermuda
HM 10

[Printer-friendly version] [Back to Registrar of Companies Directory]