UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No. 1:20-mc-00199-JGK-OTW |

## CERTIFICATE OF SERVICE

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 22nd day of May, 2020, the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings; Memorandum of Law in Support of Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings; Declaration of Jeffrey A. Rosenthal in Support of Vale S.A., Vale Holdings B.V., and Vale International S.A.'s Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, with Exhibits A-MMM; [Proposed] Order Granting Ex Parte Application to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782; Miscellaneous Case Cover Sheet; Federal Rule 7.1 Corporate Disclosure Statement; a letter dated May 20, 2020 to the Honorable Ona T. Wang from Jeffrey A. Rosenthal; and the Proposed Order to Show Cause establishing June 5, 2020 as the deadline for written objections were served by email, as indicated, upon:

**BY EMAIL**

Kenneth Henderson
kenneth.henderson@bclplaw.com

Ziel Feldman
zfeldman@hfzcap.com

Helene Feldman
hfeldman@hfzcap.com

Nir Meir
nir@hfzcap.com

John Shannon
jshannon@hfzcap.com

Aby Rosen
arosen@rfr.com

Balda, Nysco
Caitlin Ferguson
Caitlin.Ferguson@byrneandpartners.com

Balda, Nysco
Elizabeth Seborg
elizabeth.seborg@byrneandpartners.com

David Clark
Vladimir Meerovich
VMeerovich@petersandpeters.com

David Clark
Emmy Shannon
eeshannon@petersandpeters.com

David Clark
Keith Oliver
KEOliver@petersandpeters.com

Asher Avidan, Joseph Tchelet, Marcus Struik
Philip Blyghton
philip.blyghton@wallace.co.uk

Asher Avidan, Joseph Tchelet, Marcus Struik
Alexander Weinberg
Alexander.Weinberg@wallace.co.uk

Dag Lars Cramer
Eddy Eccles
EEccles@cov.com

Benjamin Steinmetz
Shimon Goldwater

Shimon.Goldwater@asserson.co.uk

Benjamin Steinmetz
Lyora Baigel
lyora.seiffe@asserson.co.uk

Benjamin Steinmetz
Baruch Baigel
baruch.baigel@asserson.co.uk

Benjamin Steinmetz
Merav Magen
merav.magen@asserson.co.uk

On the 21st day of May, 2020, a cover letter from Jeffrey A. Rosenthal dated May 21, 2020; the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings; Memorandum of Law in Support of Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings; the Exhibit corresponding to the individual respondent; a letter dated May 20, 2020 to the Honorable Ona T. Wang from Jeffrey A. Rosenthal; and the Proposed Order to Show Cause establishing June 5, 2020 as the deadline for written objections were served by Federal Express, as indicated, upon:

**BY FEDERAL EXPRESS**

Chatsworth Realty Corp
340-344 West 72nd Street
New York, NY 10023

Chatsworth Realty 340 LLC
251 Huron Street
AJB Builders & Co. Inc
Brooklyn, NY 11222

HFZ 40 Broad Street LLC
c/o Corporation Service Co.
80 State Street

Albany, NY 12207-2543

215 Chrystie LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

20 West 40 Bryant Park Owner LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

Fine Arts NY LLC
c/o Weissman & Rudnitsky, CPAs PC
200 West 41st Street, Suite 403
New York, NY 10036

76 Eleventh Avenue Property Owner LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Tarpley Belnord Corp.
555 Madison Avenue, 5th Floor
New York, NY 10005

Perfectus Real Estate Corp.
555 Madison Avenue, 5th Floor
New York, NY 10005

HFZ West 30th Street Partners LP
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

HFZ KIK 30th Street Mezzanine LLC
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

HFZ 501 West LLC
c/o Corporation Trust Company,
Corporation Trust Center
1209 Orange Street

>Wilmington, DE 19801
>
>R&S Chrysler LLC
>c/o Corporation Trust Company
>Corporation Trust Center
>1209 Orange Street
>Wilmington, DE 19801
>
>Kenneth Henderson[1]
>1290 Avenue of the Americas
>New York, NY 10014
>
>Bryan Cave Leighton Paisner LLP[2]
>1290 Avenue of the Americas
>New York, NY  10014

On the 22nd day of May, 2020, the documents served via Federal Express were also served by hand upon:

>HFZ Highline Retail Owner LLC
>600 Madison Avenue, 15th Floor
>New York, NY 10022
>
>Ziel Feldman
>600 Madison Avenue, 15th Floor
>New York, NY 10022
>
>Helene Feldman
>600 Madison Avenue, 15th Floor
>New York, NY 10022
>
>Feldman Family 2007 Trust
>600 Madison Avenue, 15th Floor
>New York, NY 10022
>
>HFZ Capital Group LLC
>600 Madison Avenue, 15th Floor
>New York, NY 10022
>
>Nir Meir

---

[1] On the 26th day of May, 2020, after an attempted delivery was rejected on the 22nd day of May, 2020, a renewed delivery attempt to serve the documents was successfully completed by Federal Express.

[2] On the 26th day of May, 2020, after an attempted delivery was rejected on the 22nd day of May, 2020, a renewed delivery attempt to serve the documents was successfully completed by Federal Express.

600 Madison Avenue, 15th Floor
New York, NY 10022

John Shannon
600 Madison Avenue, 15th Floor
New York, NY 10022

HFZ KIK 30th Street LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ KIK 30th Street Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ Highline Property Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ Highline LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ 235 West 75th Street Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ 301 West 53rd Street Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ 88 Lexington Avenue Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ 90 Lexington Avenue Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ 344 West 72nd Street Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

HFZ Bryant Park Owner LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

RFR Holding LLC
375 Park Avenue
New York, NY 10022

Aby Rosen
375 Park Avenue
New York, NY 10022

RFR Realty LLC
375 Park Avenue
New York, NY 10022

Dated:   Brooklyn, New York
         June 1, 2020

_____
Brendan Cyr