UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No. 1:20-mc-00199(JGK)(OTW) |

**JOINDER TO NYSCO MANAGEMENT CORPORATION'S OPPOSITION TO THE APPLICATION OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO <u>CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS</u>**

PLEASE TAKE NOTICE THAT RFR Holding LLC, RFR Realty LLC, R&S Chrysler LLC, and Aby Rosen (collectively, "RFR") join Nysco Management Corporation's ("Nysco") Opposition to the Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale") for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. Following review of Nysco's Memorandum of Law and the supporting Declaration of Nicola Boulton, along with the exhibits attached thereto, it appears to RFR that the discovery Vale seeks is premature at best and the burden and expense associated with any response to the discovery requests would be avoided if Nysco's pending application for summary judgement in the foreign proceeding is granted.

Dated: New York, New York
June 10, 2020

McDERMOTT WILL & EMERY LLP

By: /s/ Andrew B. Kratenstein
    Andrew B. Kratenstein
    Monica S. Asher

340 Madison Avenue
New York, New York 10173
T: (212) 547-5400
F: (212) 547-5444
akratenstein@mwe.com
masher@mwe.com
*Attorneys for RFR Holding LLC, RFR Realty LLC, R&S Chrysler LLC, and Aby Rosen*