UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 1:20-MC-00199-JGK-OTW<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of The United States Courts for the Southern and Eastern Districts of New York, I, Victoria R. Morris, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Nysco Management Corporation in the above captioned action.

I am in good standing of the bars of the state of Florida and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:        June 10, 2020

Respectfully Submitted,
**KOBRE & KIM LLP**

/s/ *Victoria R. Morris*
Victoria R. Morris
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Telephone: (305) 967 6100
Facsimile: (305) 967 6120
Victoria.Morris@kobrekim.com

## CERTIFICATE OF SERVICE

      I, Victoria R. Morris, certify that on June 10, 2020, I electronically filed the foregoing motion and accompanying affidavit, Certificates of Good Standing, and proposed Order for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF system.  Service of this filing shall be made to the counsel of record for the Applicant and the Respondent for the above captioned matter by filing same with the Court's CM/ECF system.

      /s/ *Victoria R. Morris*
      Victoria R. Morris