UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 1:20-MC-00199-JGK-OTW <br><br> **AFFIDAVIT OF VICTORIA R. MORRIS** |

Pursuant to Local Rule 1.3(c), I, Victoria R. Morris, certify as follows:

1. I am an associate of the law firm of Kobre & Kim LLP.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bars of the state of Florida and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above captioned case as counsel for Nysco Management Corporation.

Dated: June 9, 2020

>Respectfully submitted,
>
>*Victoria Morris*
>
>Victoria R. Morris
>Victoria.Morris@kobrekim.com
>Kobre & Kim LLP
>201 South Biscayne Boulevard
>Suite 1900
>Miami, Florida 33131
>Telephone: (305) 967 6100
>Facsimile: (305) 967 6120
>
>*Counsel for Nysco Management Corporation*

Sworn to before me this
9th day of June, 2020

_____
Notary Public

Ronnie Fletcher
REGISTRATION NUMBER
7832536
COMMISSION EXPIRES
April 30, 2023

Spotsylvania    Virginia    Electronic Notary Public