# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### VICTORIA R. MORRIS

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **October 5, 2016**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 1, 2020.*

_____
Clerk of the Supreme Court of Florida.