UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | Case No. 1:20-mc-00199-JGK-OTW |

**DECLARATION OF JAMES BRADY IN SUPPORT OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A.'S REPLY MEMORANDUM OF LAW TO NYSCO MANAGEMENT CORPORATION'S OPPOSITION TO THE APPLICATION OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO
CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

I, James Brady, pursuant to 28 U.S.C. § 1746 hereby declare under penalty of perjury under the laws of the United States of America as follows:

1.  I am a partner of Cleary Gottlieb Steen & Hamilton LLP resident in the London office and I have conduct on behalf of the applicants Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale") of the proceedings before the High Court of Justice, Business and Property Courts of England and Wales, Commercial Court, Queen's Bench Division of the case captioned Vale S.A. & Ors v. Steinmetz & Ors, Claim No. CL-2019-000723.  I am a solicitor of the Senior Courts of England and Wales.  I qualified as a solicitor in 2011 and became a partner at Cleary Gottlieb Steen & Hamilton LLP in 2019.  I respectfully submit this Declaration and the attached Exhibits in support of Vale's Reply Memorandum of Law to Nysco Management Corporation ("Nysco") in support of Vale's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

2

2.  Attached hereto as Exhibit 1 is a true and correct copy of the judgment of the Court of Appeal of England and Wales in <u>Emerald Supplies Ltd & Others v British Airways PLC & Others</u> [2015] EWCA Civ 1024, dated October 14, 2015.

I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:   London, United Kingdom
               June 15, 2020

                                                    _____
                                                    James Brady
                                                    (jbrady@cgsh.com)

                                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                    2 London Wall Place
                                                    London EC2Y 5AU, United Kingdom
                                                    T: +44 20 7614 2200

                                                    *Counsel for Vale S.A, Vale Holdings B.V., and*
                                                    *Vale International S.A.*