# Exhibit 1



## Extraction Report
BlackBerry Generic (Physical)



Protection Systems

Keep You Safe

## Summary

| | |
|---|---|
| **Connection Type** | Cable No. 100 |
| **Extraction start date/time** | 20/05/2013 12:20:03 |
| **Extraction end date/time** | 20/05/2013 13:36:54 |
| **Extraction Type** | Physical |
| **Selected Manufacturer** | BlackBerry GSM |
| **Selected Device Name** | 9900 Bold |
| **Unit Identifier** | UFED S/N 5902962 |
| **Unit Version** | 1.8.6.69 |
| **UFED Physical Analyzer version** | 3.7.0.352 |
| **Examiner name** | Eliyahu Sabag, ID: 58022765 |



**55** FW: BSGR/Legal Consultation

| Deleted: Deleted | Timestamp: 06/03/2013 12:24:44(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From: Asher Avidan IL
To: Beny Steinmetz, ERRERA Marie, Dag Cramer

**Body file:** mes-55.eml  **MD5:** d699f1b58642f3d877dde82b84b89493

**56** Fw: TR: Dossier Simandou Demande de compléments de réponses

| Deleted: Deleted | Timestamp: 06/03/2013 12:25:07(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From: Asher Avidan IL
To: Beny Steinmetz

**Body file:** mes-56.eml  **MD5:** 90927b83d2d29b4cc337be54229aae75

**57** Undeliverable: Fw: Jumbomail

| Deleted: Deleted | Timestamp: 08/03/2013 13:40:50(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From: postmaster@safdico.com
To: Beny Steinmetz

**Body file:** mes-57.eml  **MD5:** 73e272eaa50a3de545b4e94719f50f52

**58** No subject

| Deleted: Intact | Timestamp: 06/03/2013 14:44:21(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From: arosen@rfr.com Aby Rosen
To: Beny Steinmetz

**Body file:** mes-58.eml  **MD5:** 6c59ad377ca835fbef51de8d8965e1b1

**59** Re:

| Deleted: Deleted | Timestamp: 06/03/2013 16:27:52(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From: arosen@rfr.com Aby Rosen
To: Beny Steinmetz
Cc: kwoolworth@rfr.com Kingsley Woolworth

**Body file:** mes-59.eml  **MD5:** 540e1818c0e6b1e2a9d39263e0634200

**60** Re:

| Deleted: Deleted | Timestamp: 06/03/2013 16:28:15(UTC+0) | Priority: Normal | Status: Default |
|---|---|---|---|

From: arosen@rfr.com Aby Rosen
To: Shimon Menachem
Cc: Beny Steinmetz, chris.p@onyxfa.com Chris Papachristophorou, kwoolworth@rfr.com Kingsley Woolworth

**Body file:** mes-60.eml  **MD5:** 8db6f3e87ee395d25ddbabf62fc21427

BSGR_LCIA_0024477

| 814 | Emails | 06/03/2013 13:24:55(UTC+0) | To: Asher Avidan UK<br>To: Beny Steinmetz | | Yes |
|---|---|---|---|---|---|
| 815 | Emails | 05/03/2013 13:46:24(UTC+0) | To: Beny Steinmetz | | Yes |
| 816 | Emails | 05/03/2013 14:03:34(UTC+0) | To: Daniel Pollak<br>To: Asher Avidan UK | It should be out at Rueter ,Blomberg and all  Very very important ! But anyway , great ! | Yes |
| 817 | Emails | 05/03/2013 15:16:46(UTC+0) | To: Beny Steinmetz | | Yes |
| 818 | Emails | 05/03/2013 15:42:03(UTC+0) | ian.middleton@powerscourt-group.com<br>To: Asher Avidan IL<br>To: Rory Godson<br>To: Dag Cramer<br>To: Beny Steinmetz<br>To: Daniel Pollak | | Yes |
| 819 | Emails | 05/03/2013 16:13:26(UTC+0) | To: Yoav Gallant<br>To: ohad@nammax.com<br>'Ohad Schwartz'<br>To: udi@nammax.com<br>'Udi Netta'<br>To: Beny Steinmetz<br>To: Shlomi Hollander | | Yes |
| 820 | Emails | 05/03/2013 17:54:00(UTC+0) | To: Beny Steinmetz<br>To: Asher Avidan UK | | Yes |
| 821 | Instant Messages | 05/03/2013 19:16:41(UTC+0) | From: 2986BEC6<br>To: 26F40B4E | It is at off ? I guess 0900H | |
| 822 | Instant Messages | 05/03/2013 19:16:41(UTC+0) | From: 2986BEC6<br>To: 26F40B4E | It is at off ? I guess 0900H | |
| 823 | Instant Messages | 05/03/2013 19:21:01(UTC+0) | From: 26F40B4E<br>To: 2986BEC6 | Yes office | |
| 824 | Instant Messages | 05/03/2013 19:21:01(UTC+0) | From: 26F40B4E<br>To: 2986BEC6 | Yes office | |
| 825 | Call Log | 05/03/2013 20:01:48(UTC+0) | From: Nadav Steinmetz | | Yes |
| 826 | Emails | 06/03/2013 07:54:42(UTC+0) | To: Beny Steinmetz | | Yes |
| 827 | Emails | 06/03/2013 07:56:48(UTC+0) | To: Amir Steinmetz | Am here | Yes |
| 828 | Emails | 06/03/2013 08:00:03(UTC+0) | To: Beny Steinmetz | | Yes |
| 829 | Emails | 06/03/2013 08:00:39(UTC+0) | dah eun.chae@ml.com | | Yes |
| 830 | Call Log | 06/03/2013 10:30:33(UTC+0) | From: Nadav Steinmetz | | Yes |
| 831 | Call Log | 06/03/2013 11:19:31(UTC+0) | From: Merav Steinmetz | | Yes |
| 832 | Emails | 06/03/2013 12:24:44(UTC+0) | To: Beny Steinmetz<br>To: ERRERA Marie<br>To: Dag Cramer | | Yes |
| 833 | Emails | 06/03/2013 12:25:07(UTC+0) | To: Beny Steinmetz | | Yes |
| 834 | Emails | 06/03/2013 13:40:50(UTC+0) | postmaster@safdico.com<br>To: Beny Steinmetz | | Yes |
| 835 | Emails | 06/03/2013 14:44:21(UTC+0) | arosen@rfr.com<br>To: Beny Steinmetz | | Yes |
| 836 | Emails | 06/03/2013 15:08:27(UTC+0) | To: arosen@rfr.com<br>Aby Rosen<br>To: Shimon Menachem | Hi Aby , just back to IL from london . Don't know about NY . Soon I guess . BUt Shimon , who y met with me is there now and can meet you anytime .<br>Thanks for thinking of us<br>Beny | Yes |
| 837 | Call Log | 06/03/2013 16:06:36(UTC+0) | From: avner steinmetz | | Yes |
| 838 | Emails | 06/03/2013 16:27:52(UTC+0) | arosen@rfr.com<br>To: Beny Steinmetz<br>To: kwoolworth@rfr.com<br>Kingsley Woolworth | | Yes |
| 839 | Emails | 06/03/2013 16:28:15(UTC+0) | arosen@rfr.com<br>To: Shimon Menachem<br>To: Beny Steinmetz<br>To: chris.p@onyxfa.com Chris Papachristophorou<br>To: kwoolworth@rfr.com<br>Kingsley Woolworth | | Yes |
| 840 | Call Log | 06/03/2013 18:12:08(UTC+0) | From: Graham Wark | | Yes |
| 841 | Emails | 06/03/2013 19:21:59(UTC+0) | To: Beny Steinmetz | | Yes |
| 842 | Emails | 06/03/2013 20:24:20(UTC+0) | To: Beny Steinmetz | | Yes |
| 843 | Emails | 06/03/2013 21:32:42(UTC+0) | To: Amir Steinmetz | I think he will be in Canada | Yes |

**CGS&H p. 3**

| 3865 | SMS Messages | 29/04/2013 19:06:51(UTC+0) | To: Michal Steinmetz | So will see y before !! . | |
| 3866 | SMS Messages | 29/04/2013 19:08:55(UTC+0) | From: Rene Benko | i could pick you up at 12:00 in geneva and we fly to the lake - i have our international star architect david chipperfield in simione working with our teams on our shopping center in bolzano they leave at 17:00 and we can spent the rest of the day including dinner - my plan can bring you back to geneva landing permit until 23:59 so you see also our next shopping center project where we make 100m profit best rene | |
| 3867 | Emails | 29/04/2013 19:47:30(UTC+0) | To: Iris London | Thx , will talk tomorrow on this | |
| 3868 | Instant Messages | 29/04/2013 19:50:09(UTC+0) | From: 2986BEC6 To: 28087011 | John , the big papers wants to do a big repartage in me ( offcourse in constation the the guinea ) . They want to talk with reff people . Some in the diamond industry . Who will be the best ? Beside you ? ( As y are a friend , so I need a check if still ok ) . Somebdy who will say that am the best , hosnest . Serious etc . | |
| 3869 | Instant Messages | 29/04/2013 19:50:09(UTC+0) | From: 2986BEC6 To: 28087011 | John , the big papers wants to do a big repartage in me ( offcourse in constation the the guinea ) . They want to talk with reff people . Some in the diamond industry . Who will be the best ? Beside you ? ( As y are a friend , so I need a check if still ok ) . Somebdy who will say that am the best , hosnest . Serious etc . | |
| 3870 | Instant Messages | 29/04/2013 20:37:44(UTC+0) | From: 2986BEC6 To: 29B36F4A | Tomorrow morning call me . Will be with Dag | |
| 3871 | Instant Messages | 29/04/2013 20:37:44(UTC+0) | From: 2986BEC6 To: 29B36F4A | Tomorrow morning call me . Will be with Dag | |
| 3872 | SMS Messages | 29/04/2013 20:42:25(UTC+0) | From: Maria Antonieta Furtado | Ok pour 11h? | Yes |
| 3873 | SMS Messages | 29/04/2013 20:42:35(UTC+0) | From: Maria Antonieta Furtado | Ou une autre fois? | Yes |
| 3874 | SMS Messages | 29/04/2013 20:43:56(UTC+0) | To: Maria Antonieta Furtado | Ok, where are y ? | Yes |
| 3875 | Call Log | 29/04/2013 20:53:45(UTC+0) | To: Rene Benko | | |
| 3876 | Call Log | 29/04/2013 21:18:28(UTC+0) | From: Maria Antonieta Furtado | | |
| 3877 | Instant Messages | 29/04/2013 21:34:08(UTC+0) | From: 2986BEC6 To: 24EB6549 | Elie , I can't pass in the morning , will pass afternoon by the bank . | |
| 3878 | Emails | 29/04/2013 23:18:07(UTC+0) | To: Beny Steinmetz | | |
| 3879 | Emails | 29/04/2013 23:48:11(UTC+0) | To: Beny Steinmetz To: Dag Cramer To: Asher Avidan IL To: Emmanuel Rosenfeld To: ERRERA Marie To: David.Edwards@skadden.com Edwards, David M To: Michael.Hatchard@skadden.com Hatchard, Michael E | | |
| 3880 | Instant Messages | 30/04/2013 05:48:43(UTC+0) | From: 28087011 To: 2986BEC6 | I think we can ask Roth who is vice chairman of bourse because of autority .Chairman HRD doesn't know u.Or GIA Tom Mozes or De Beers Varda.Chairman of Israeli bourse?? | |
| 3881 | Instant Messages | 30/04/2013 05:48:43(UTC+0) | From: 28087011 To: 2986BEC6 | Try also Curiel or Bennett.Young generation knows you less. | |
| 3882 | Instant Messages | 30/04/2013 05:48:43(UTC+0) | From: 28087011 To: 2986BEC6 | I think we can ask Roth who is vice chairman of bourse because of autority .Chairman HRD doesn't know u.Or GIA Tom Mozes or De Beers Varda.Chairman of Israeli bourse?? | |
| 3883 | Instant Messages | 30/04/2013 05:48:43(UTC+0) | From: 28087011 To: 2986BEC6 | Try also Curiel or Bennett.Young generation knows you less. | |
| 3884 | Instant Messages | 30/04/2013 05:48:44(UTC+0) | From: 28170A1E To: 2986BEC6 | With deed sorrow I announce the passing of my father | Yes |
| 3885 | Instant Messages | 30/04/2013 05:48:44(UTC+0) | From: 28170A1E To: 2986BEC6 | With deed sorrow I announce the passing of my father | |
| 3886 | Instant Messages | 30/04/2013 05:48:45(UTC+0) | From: 28170A1E To: 2986BEC6 | Deep | Yes |
| 3887 | Instant Messages | 30/04/2013 05:48:45(UTC+0) | From: 28170A1E To: 2986BEC6 | Deep | |
| 3888 | SMS Messages | 30/04/2013 06:10:29(UTC+0) | From: Rene Benko | Der Absender versuchte Sie 2 Mal anzurufen, ohne eine Nachricht zu hinterlassen. Letzter Versuch am 30.04.2013, 08:03. Swisscom | Yes |
| 3889 | Instant Messages | 30/04/2013 06:21:49(UTC+0) | From: 24EB6549 To: 2986BEC6 | OK. See u then | |
| 3890 | Call Log | 30/04/2013 06:48:48(UTC+0) | To: Kevin Metcalf | | |
| 3891 | Call Log | 30/04/2013 06:52:40(UTC+0) | From: Husbund Sand | | |
| 3892 | Call Log | 30/04/2013 06:53:57(UTC+0) | From: Husbund Sand | | |
| 3893 | Call Log | 30/04/2013 06:58:29(UTC+0) | From: Sandra Horemans | | |
| 3894 | Instant Messages | 30/04/2013 07:22:53(UTC+0) | From: 2986BEC6 To: 28170A1E | Very sorry to hear about death oof your father ! | Yes |
| 3895 | Instant Messages | 30/04/2013 07:22:53(UTC+0) | From: 2986BEC6 To: 28170A1E | Very sorry to hear about death oof your father ! | |

**CGS&H p. 4**