# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212-225-2086
jrosenthal@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
  RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
  RESIDENT COUNSEL

LOUISE M. PARENT
  OF COUNSEL

June 15, 2020

<u>VIA ECF</u>

The Honorable Ona T. Wang
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*, No. 20-mc-199-JGK-OTW

Dear Judge Wang:

We write on behalf of Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "<u>Vale</u>"), the petitioners in the above-captioned application to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "<u>Application</u>").[1] Shortly after we wrote last Monday to advise the Court that no further objections had been filed by the June 5, 2020 deadline, Nysco Management Corporation ("<u>Nysco</u>"), a Defendant in the underlying English Proceedings, filed an opposition. <u>See</u> ECF Nos. 24-26. Two days later, Respondents RFR Holding LLC, RFR Realty LLC, R&S Chrysler LLC and Aby Rosen (collectively, "<u>RFR</u>") filed a joinder to Nysco's opposition. <u>See</u> ECF No. 32. Notwithstanding their untimely nature, Vale today filed replies to the Nysco opposition and the RFR joinder. <u>See</u> ECF Nos. 34-37.

As Vale's Application was filed nearly two months ago, all Defendants and Respondents were served nearly a month ago, and all objections have been fully briefed, the Application is now indisputably ripe for determination. Vale therefore respectfully requests that

---

[1]   All capitalized terms not defined herein have the meaning ascribed to them in the Memorandum of Law in Support of *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, ECF No. 2.

Hon. Ona T. Wang, p. 2

the Court deny the objections of Respondent Fine Arts LLC ("Fine Arts") and Defendant Nysco, and the joinder of Respondent RFR and grant Vale leave to serve the Subpoenas on all Respondents.  See ECF No. 4 (Proposed Order).

        Thank you for Your Honor's consideration.  We are, of course, available at the Court's convenience to address any questions or concerns regarding the Application.

        Respectfully submitted,

        /s/ *Jeffrey A. Rosenthal*
        Jeffrey A. Rosenthal

cc:    Jennifer Selendy, Esq. (by email)
       Altumash Mufti, Esq. (by email)
       Josef M. Klazen, Esq. (by email)
       Robin Rathmell, Esq. (by email)
       Michael S. Kim, Esq. (by email)
       Victoria R. Morris, Esq. (by email)
       Andrew B. Kratenstein, Esq. (by email)
       Monica S. Asher, Esq. (by email)
       Frederick Hyman, Esq. (by email)