UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 1:20-MC-00199-JGK-OTW |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, hereby appears as counsel of record for Nysco Management Corporation. The undersigned certifies that she is admitted to practice in this Court.

Dated: June 16, 2020
São Paulo, Brazil

Respectfully submitted,

/s/ Carolina Leung
Carolina Leung

KOBRE & KIM LLP
Av. Presidente Juscelino Kubitschek 1600
Conjunto 112, Itaim Bibi
São Paulo-SP, 04552-080
Brazil

Carolina.Leung@kobrekim.com
Tel: +1 212 488 4948

*Attorney for Nysco Management Corporation*