UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF VALE S.A., VALE HOLDINGS B.V., AND VALE INTERNATIONAL S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 1:20-MC-00199-JGK-OTW<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Victoria R. Morris for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Florida and the District of Columbia; and that her contact information is as follows:

> Victoria R. Morris
> Kobre & Kim LLP
> 201 South Biscayne Boulevard
> Suite 1900
> Miami, Florida 33131
> Telephone: (305) 967 6100
> Facsimile: (305) 967 6120
> Victoria.Morris@kobrekim.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Nysco Management Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   New York, New York
         June 26, 2020

_____
Ona T. Wang
U.S. Magistrate Judge