# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

June 26, 2020

**BY ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007-1312

> **Re:** ***In Re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A.
> for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in
> Foreign Proceedings***, **Case No. 20-mc-00199-JGK-OT (S.D.N.Y.)**

Dear Judge Wang:

We represent Nysco Management Corporation ("Nysco"), an interested party in the above-captioned proceeding. We respectfully write in response to the Court's Order of today (ECF No. 41), which grants Nysco's request for permission to file a sur-reply (ECF No. 38) in response to the Applicants' reply (ECF No. 36) in further support of their Application.

While we are grateful that the Court has granted Nysco's request, the deadline for filing a sur-reply unfortunately does not permit us to confer with and obtain instructions from our client to be in a position to file a sur-reply. The Court's Order was entered on the public docket today at 2:59 PM EDT and sets a deadline of today at 7:00 PM EDT. The client representative from whom we take instructions in this case resides in Israel, where the local time is 7 hours later than in New York. Thus, when we became aware of the Order at 3:00 PM EDT today, it was 10:00 PM in Israel, which also happened to fall during the Sabbath, the Jewish day of rest, which starts at sundown each Friday and ends at sundown on Saturday. The imposed deadline is 2:00 AM on Saturday morning in Israel.

The Court's Order notes that "[n]o extensions will be granted." Under the circumstances, we join Respondent Fine Arts NYC LLC in respectfully requesting that the Court hear oral argument in this case (*see* ECF No. 22), so that we may present all our client's arguments to the Court at that time.

**AMERICAS** (NEW YORK, BUENOS AIRES, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**ASIA-PACIFIC** (HONG KONG, SEOUL, SHANGHAI), **EMEA** (LONDON, TEL AVIV), **OFFSHORE** (BVI, CAYMAN ISLANDS)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

June 26, 2020
Page 2

Respectfully submitted,

/s/ Josef M. Klazen

KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022

Josef M. Klazen
+1 212 488 1216

Michael S. Kim
+1 212 488 1201

Robin Rathmell
+1 202 664 1941

Victoria R. Morris (*pro hac vice*)
+1 305 967 6131

Carolina Leung
+1 212 488 4948

*Counsel to Nysco Management Corporation*

cc: Counsel to Applicants (via ECF)