AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

In re Application of Vale S.A., Vale Holdings ⟩
B.V., and Vale International S.A. for an Order ⟩
Pursuant to 28 U.S.C. § 1782 to Conduct ⟩
Discovery for Use in Foreign Proceedings ⟩
⟩

Case No.    1:20-mc-00199-JGK-OTW

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perfectus Real Estate Corp. and Tarpley Belnord Corp.                                              .

Date:     07/28/2020

/s/ Robert J. Cleary
*Attorney's signature*

Robert J. Cleary
*Printed name and bar number*

Proskauer Rose LLC
Eleven Times Square
New York, NY 10036-8299

*Address*

rjcleary@proskauer.com
*E-mail address*

(212) 969-3340
*Telephone number*

(212) 969-2900
*FAX number*