AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings )))))

Case No. 1:20-mc-00199-JGK-OTW

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perfectus Real Estate Corp. and Tarpley Belnord Corp.

Date: 07/28/2020

/s/ William C. Komaroff
*Attorney's signature*

William C. Komaroff
*Printed name and bar number*

Proskauer Rose LLC
Eleven Times Square
New York, NY 10036-8299

*Address*

wkomaroff@proskauer.com
*E-mail address*

(212) 969-3975
*Telephone number*

(212) 969-2900
*FAX number*