# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212 225 2086
jrosenthal@cgsh.com

THOMAS J. MOLONEY
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
HOWARD S. ZELBO
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN

BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI

KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

December 3, 2020

<u>VIA ECF</u>

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*, No. 20-mc-199-JGK-OTW

Dear Judge Wang:

We write on behalf of Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "<u>Vale</u>") to keep the Court abreast of developments in the underlying foreign proceedings relevant to the Application (the "<u>English Proceedings</u>"), which warrant the prompt adjudication of the pending motions to quash in the above-captioned application to conduct discovery pursuant to 28 U.S.C. § 1782 (the "<u>Application</u>").

Vale filed the Application on April 24, 2020.  The Court granted the Application on July 20, 2020, and set an initial deadline for any motions to quash for July 31, 2020.  ECF No. 45 at 9.  The Court subsequently granted two extensions of the deadline at the Respondents' request.  ECF Nos. 51, 54.  On September 14, 2020, HFZ Capital Group LLC on behalf of 26 HFZ entities and associated individuals (collectively, "<u>HFZ</u>"), Perfectus Real Estate Corp. and Tarpley Belnord Corp. (collectively, "<u>Perfectus</u>"), and RFR Holding LLC, RFR Realty LLC, R&S Chrysler LLC, and Aby Rosen (collectively "<u>RFR</u>"), submitted three separate motions to quash or narrow the subpoenas served by Vale (the "<u>Subpoenas</u>").  ECF Nos. 58, 59, 63.  Vale submitted its opposition to those motions on September 17, 2020, and the motions have been *sub judice* since that date.  ECF No. 66.  The remaining Respondents, Fine Arts NY LLC, Bryan

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

The Honorable Ona T. Wang, p. 2

Cave Leighton Paisner LLP, and Kenneth Henderson, did not seek relief from the Court to narrow or quash the Subpoenas.

Although it has now been more than seven months since Vale filed the Application, and more than four months since the Court granted it, 32 of the 35 Respondents have still not produced a *single* document responsive to Vale's Subpoenas. The other three Respondents have produced documents responsive to only a handful of the requests contained in Vale's Subpoenas. It seems apparent that a court order is required in order for Vale to receive meaningful, if any, productions.

The High Court of England and Wales has held its initial case management conference in the underlying English Proceedings, where it established discovery deadlines and set a trial date. As a result, discovery is now underway, with a deadline for the completion of party document productions of March 22, 2021. As that date will soon be upon us, and we are mindful that there will necessarily be a period of delay between this Court's ruling and Vale's receipt of any documents ordered to be produced, we respectfully request that the Court rule promptly on the pending motions.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
jrosenthal@cgsh.com
Lisa M. Schweitzer
lschweitzer@cgsh.com
Lisa Vicens
evicens@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Counsel for Vale S.A., Vale Holdings B.V., and Vale International S.A.*