# Exhibit B

# Chrysler/Trylons Ownership Structure



All entities are Delaware entities except where noted.