# Exhibit 5



| | | |
|---|---|---|
| | Tel: + 44 1481 724561<br>Fax: + 44 1481 711657<br>mail@bdo.gg<br>www.bdo.gg | P O Box 180<br>Place du Pré<br>Rue du Pré<br>St Peter Port<br>Guernsey<br>GY1 3LL |

# Memo

| | |
|---|---|
| **To** | BSG Resources Limited (in Administration) |
| **From** | Will Callewaert |
| **Date** | 30 May 2019 |
| **Subject** | Roslindale Pte Limited ("Roslindale") |

Summary notes of a meeting / call with Doron Levy ("DL"), a director of Roslindale, held on 29 May 2018:

- Roslindale's ordinary shares are held by the children of Benny Steinmetz ("BS") via DL as trustee

- Roslindale's preference shares (100%) are held by BSGR (following the conversion of a loan, previously made to Roslindale by BSGR)

- Roslindale was incorporated in Singapore as at the time (2010) it was proposed that funding for the company would be sought from the capital markets in either Singapore or Hong Kong given the appetite in that region for oil and gas assets

- The main assets of Roslindale are a loan of c. US$80m to an Israeli registered subsidiary company (c.25% holding) called Namax Oil and Gas Ltd ("Namax") and a loan to a company related to BS called Cap Scorpio of c. US$30m

*Namax*

- DL is not a director of Namax, which is part owned by Beny Steinmetz's daughter

- Namax holds the exploration rights to eight blocks (one parcel of six blocks ("Parcel 1") and a further parcel of two blocks ("Parcel 2")) of seabed located in the Mediterranean Sea

- Following initial drilling it was identified that five out of the six blocks of Parcel 1 were "dry" but that block six (known as Ishai) held potential value

- The issue with block six is that it cannot be independently exploited from Israel due to the economic seabed boundary with Cyprus and, therefore, it needs to be exploited in conjunction with Cyrpus

- There are ongoing negotiations between the governments of Cyprus and Israel with a view to developing block six

BDO Limited    Registered in Guernsey number 29684
Directors       J M Hallett FCA  S M Phillips FCA CPA  R M Searle FCA C.Dir  A M Trebert FCCA

BDO Limited, a limited liability company incorporated in Guernsey, is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

- Should block six be developed, DL believes that the loan between Nammax and Roslindale would be repaid in full and that BSGR would be ultimately redeemed from Roslindale as a consequence

- With respect to Parcel 2, there is a dispute between Nammax and a Greek based business partner for breach of contract (claim of c. US$10m), which if successful, Nammax would receive a share of any claim proceeds

- A map of the blcoks, drawn by DL, is set out at the end of this note

- The claim (for $150m) is in the process of being prepared

*Cap Scorpio*

- Cap Scorpio is a company owned by BS

- Roslindale made the loan noted above for Cap Scorpio to acquire real estate located in Ukraine

- In light of the Crimean Peninsula conflict in the Ukraine it is not clear whether the loan will be recovered

CONFIDENTIAL
JA0128589