# Exhibit 7



Tel: + 44 1481 724561  
Fax: + 44 1481 711657  
mail@bdo.gg  
www.bdo.gg

P O Box 180  
Place du Pré  
Rue du Pré  
St Peter Port  
Guernsey  
GY1 3LL

**Private and Confidential**

Doron Levy  
Amit, Pollak, Matalon & Co.  
6th floor  
18 Raoul Wallenberg St, Building D  
Ramat Hachayal  
Tel Aviv 6971915  
Israel

27 March 2019

Please ask for William Callewaert  
Direct line: 01481 741613  
Email: william.callewaert@bdo.gg

Dear Mr Levy,

**BSG Resources Limited – in Administration ("the Company")**  
**Roslindale Pte Ltd ("Roslindale")**

I refer to previous correspondence with respect to Roslindale.

I should be grateful if you provide the following documents by return:

1. Financial statements for Roslindale for the years ended 31 December 2015, 2016, 2017 and 2018; and
2. Financial statements for Nammax Oil & Gas Ltd for the years ended 31 December 2015, 2016, 2017 and 2018.

Yours sincerely  
For and on behalf of  
BSG Resources Limited – in Administration

[Redacted - GDPR - Personal Data]

William Callewaert  
Joint Administrator  
(Acting as agent only and strictly  
without personal liability)

BDO Limited   Registered in Guernsey number 29684  
Directors   J M Hallett FCA  S M Phillips FCA CPA  R M Searle FCA C.Dir  A M Trebert FCCA

BDO Limited is registered to carry on audit work in the UK by The Institute of Chartered Accountants in England and Wales.

BDO Limited, a limited liability company incorporated in Guernsey, is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.