# Exhibit 8

| [emblem:] ISRAEL State of Israel | **Ministry of Justice** **Land Registry and Settlement of Rights** [trilingual text] | Date | 03/06/2019 29th of Iyar 5779 Time: 04:15 p.m. |
|---|---|---|---|

| | | Document no. | 94757 |
|---|---|---|---|

Land Registration Bureau: Netanya

## Copy of listing in the Land Registry

**Block: 6680   Parcel: 338**

| The property was formed by deed: | 5653/1992 | From: | 14/05/1992 | Deed type: | Involuntary parcellation |
|---|---|---|---|---|---|

### Description of the Property

| Authorities | Area in m² | | |
|---|---|---|---|
| Hof Hasharon Local Council | 1,400.00 | | |

### Old parcel numbers
6680/242

### Ownerships

| Deed No. | Date | Action type | Owners | I.D. Type | I.D. No. |
|---|---|---|---|---|---|
| 19518/1995/3 | 14/12/1995 | Sale | Steinmetz Benyamin | I.D. | 5401073 |
| | | | | | **Portion of the property** |
| | | | | | Full |

### Remarks

| Deed No. | Date | Action type | Beneficiary name | I.D. Type | I.D. No. |
|---|---|---|---|---|---|
| 25625/2016/1 | 21/11/2016 | Warning notice section 126 | Company of block 6680 parcel 338, Arsuf Trust Assets Holding Co. Ltd. | Company | 515314870 |
| | | | **For all owners** | | |

| Deed No. | Date | Action type | Beneficiary name | I.D. Type | I.D. No. |
|---|---|---|---|---|---|
| 28239/2016/1 | 22/12/2016 | Injunction | Magistrates Court Rishon Lezion | | |
| | | **Notes:** | Court file: 37358-12-16, of: 19/12/2016 | | |
| | | | **For all owners** | | |

**End of Data**

A document bearing an approved electronic signature constitutes a source as long as it is electronically retained as per the Electronic Signature Law, 5761-2001

**Fee paid**

Page 1 of 1



| תאריך | 05/01/2020 |
| --- | --- |
| | ח' טבת תש"פ |
| שעה: | 10:14 |

הרשות לרישום והסדר זכויות מקרקעין
LAND REGISTRY AND SETTLEMENT OF RIGHTS
سلطة تسجيل وتسوية الحقوق العقارية

נסח מס'  2140

לשכת רישום מקרקעין: נתניה

## העתק רישום מפנקס הזכויות

גוש: 6680     חלקה: 338

| הנכס נוצר ע"י שטר | 5653/1992 | מיום: | 14/05/1992 | סוג שטר: | פרצלציה לא רצונית |
| --- | --- | --- | --- | --- | --- |

### תיאור הנכס

| רשויות | שטח במ"ר | | |
| --- | --- | --- | --- |
| מ. א. חוף השרון | 1,400.00 | | |

| המספרים הישנים של החלקה |
| --- |
| 6680/242 |

### בעלויות

| מס' שטר | תאריך | מהות פעולה | הבעלים | סוג זיהוי | מס' זיהוי |
| --- | --- | --- | --- | --- | --- |
| 19518/1995/3 | 14/12/1995 | מכר | שטיינמץ בנימין | ת.ז | 5401073 |
| | | | | החלק בנכס | בשלמות |

### הערות

| מס' שטר | תאריך | מהות פעולה | שם המוטב | סוג זיהוי | מס' זיהוי |
| --- | --- | --- | --- | --- | --- |
| 25625/2016/1 | 21/11/2016 | הערת אזהרה סעיף 126 | חברת גוש 6680 חלקה 338 חברה להחזקת נכסי נאמנות ארסוף בע"מ | חברה | 515314870 |
| | | על כל הבעלים | | | |

| מס' שטר | תאריך | מהות פעולה | שם המוטב | | |
| --- | --- | --- | --- | --- | --- |
| 28239/2016/1 | 22/12/2016 | צו מניעה | בית משפט השלום ראשון לציון | | |
| | הערות: | תיק בימ"ש: 16-12-37358, מיום: 19.12.2016 | | | |
| | | על כל הבעלים | | | |

### סוף נתונים

נסח חתום בחתימה אלקטרונית מאושרת מהווה מקור כל עוד הוא נשמר באופן אלקטרוני כאמור בחוק חתימה אלקטרונית, תשס"א - 2001

שולמה אגרה

עמוד 1 מתוך 1