# Exhibit 9

[emblem:] ISRAEL | [logo] | Israeli Corporations Authority
[bilingual text]

# Information on company details, including active encumbrances

## Company details

**Company number:** 515314870    Legal status: **active**    Registration date: **21/09/2015**

**Law breaking company**    Announcement/Notice date: **13/01/2019**

**Company name:** **Block 6680 Parcel 338 THE ARSUF TRUST ASSETS HOLDING COMPANY LTD.**

Company name in English: [bilingual text]

Company type: **Israeli**    Company classification: **Private company**    Shareholder liability: **Limited**

Corporation address: **18 Raul Wallenberg Tel Aviv – Yafo    Zip code: 6971915**

Main objectives of the corporation: **to trade in types of trades detailed in the bylaws**

No annual reports were submitted

## Capital composition

Share type: **regular**    Nominal value: **0.1**    Currency: **NIS**

Share quantity: **100,000**    Registered capital: **10,000**    Assigned capital: **10**

## Shareholders

Name: **Levi Doron Menashe**    I.D. No.: **58241373**

I.D. type: **Israeli citizen**    Appointment date: **21/09/2015**

Address: **18 Raul Wallenberg Tel Aviv – Yafo    Zip code: 6971915**

Holds: 100 ordinary shares, of NIS 0.1 each, in regular holding

## Directors

Name: **Levi Doron Moshe**    I.D. No.: **58241373**

I.D. type: **Israeli citizen**    Appointment date: **21/09/2015**

Address: **18 Raul Wallenberg Tel Aviv – Yafo    Zip code: 6971915**

*The corporation has no active debts to payment of the annual fee*

## Limitations

Limitation type: **Law breaking company**    Limitation dated: **13/01/2019**

*The Company Registrar has no encumbrance data for this company*

*No changes in the bylaws*

| | | |
|---|---|---|
| [emblem:]<br>ISRAEL | [logo] | Israeli Corporations Authority<br>[bilingual text] |

***No status change***

This synopsis was prepared from the information retained in the Company Registrar's computer on 11/08/2019 at 01:33 p.m.

> The company or partnership document is a synopsis of the information from the computerized database of the Corporations Authority, provided as a public service, as per information obtained at the Authority. The information in the document might be lacking, inaccurate or not up-to-date. Do not rely on the data in the document, as it is not one of the registration legally managed by the Corporations Authority.
> To check the information and reports legally submitted to the Company Registrar or the Partnership Registrar, please review the corporation file. It should be emphasized that the information in the company file regarding the shareholders and directors of the company, as well as other information, is declarative only, and is no substitute for reviewing the shareholder registration and director registration managed by the company, open for public review in its listed office.
> The document may also include a synopsis of information obtained from state authorities, such as the Enforcement and Collection Authority, the Official Receiver and the Court System, provided as a public service as well. The information may be lacking, or not up-to-date, do not rely on it and review the information held by a certified state authority.

| | | |
|---|---|---|
| [emblem:]<br>ISRAEL | [logo] | Israeli Corporations Authority<br>[bilingual text] |

רשות התאגידים
Israeli Corporations Authority

## מידע על פרטי חברה, כולל שיעבודים פעילים

### פרטי חברה

**מספר חברה:** 515314870    סטאטוס משפטי: פעילה    תאריך רישום: 21/09/2015

**חברה מפרת חוק**    תאריך הכרזה/התראה: 13/01/2019

**שם חברה:** חברת גוש 6680 חלקה 338 חברה להחזקת נכסי נאמנות ארסוף בע"מ

**שם חברה באנגלית:** PARCEL 6680 SECTION 338 THE ARSUF TRUST ASSETS HOLDING COMPANY LTD

**סוג חברה:** ישראלית    סיווג חברה: חברה פרטית    אחריות בעלי מניות: מוגבלת

**כתובת התאגיד:** ולנברג ראול 18 תל אביב - יפו    מיקוד: 6971915

**עיקרי מטרות התאגיד:** לעסוק בסוגי עיסוק שפורטו בתקנון

לא הוגשו דוחות שנתיים

### הרכב הון

**סוג מניה:** רגילות    ערך נקוב: 0.1    מטבע: שקל חדש

**כמות מניות:** 100,000    הון רשום: 10,000    הון מוקצה: 10

### בעלי מניות

**שם:** לוי דורון מנשה    מס' זיהוי: 58241373

**סוג זיהוי:** אזרח ישראלי    תאריך מינוי: 21/09/2015

**כתובת:** ולנברג ראול 18 תל אביב - יפו    מיקוד: 6971915

מחזיק ב: 100 מניות מסוג רגילות, בנות 0.1 שקל חדש, בהחזקה רגילה

### דירקטורים

**שם:** לוי דורון מנשה    מס' זיהוי: 58241373

**סוג זיהוי:** אזרח ישראלי    תאריך מינוי: 21/09/2015

**כתובת:** ולנברג ראול 18 תל אביב - יפו    מיקוד: 6971915

*אין לתאגיד חובות פעילים לתשלום אגרה שנתית*

### מגבלות

**סוג מגבלה:** חברה מפרת חוק    מגבלה מתאריך: 13/01/2019

*אין ברשם החברות נתונים של שעבודים לחברה זו*

*אין שינויים בתקנון*



Israeli Corporations Authority

**\*אין שינויי סטאטוס\***

תמצית זו הוכנה מתוך המידע האגור במחשב רישום החברות ביום 11/08/2019 בשעה 13:33

נסח החברה או השותפות מהווה תמצית מידע ממאגר הנתונים הממוחשב של רשות התאגידים, הניתן כשירות לציבור, על פי מידע שהתקבל ברשות. המידע בנסח עלול להיות חסר, בלתי מדויק או בלתי מעודכן. אין להסתמך על הנתונים בנסח, משאינו מהווה אחד מהמרשמים שמנהלת רשות התאגידים על פי דין.

לבירור המידע והדיווחים שהוגשו לרשם החברות או לרשם השותפויות כנדרש בחוק, יש לעיין בתיק התאגיד. יודגש כי המידע המצוי בתיק החברה ביחס לבעלי מניות ודירקטורים בחברה, כמו גם פרטי מידע נוספים, הינו בעל אופי דקלרטיבי בלבד ואינו מהווה תחליף לעיון במרשם בעלי המניות ובמרשם הדירקטורים שמנהלת החברה, הפתוחים לעיון הציבור במשרדה הרשום.

הנסח עשוי לכלול גם תמצית מידע שהתקבל מרשויות המדינה, כדוגמת רשות האכיפה והגבייה, הכונס הרשמי ומערכת בתי המשפט, הניתן אף הוא כשרות לציבור. המידע עשוי להיות חלקי או לא מעודכן, אין להסתמך עליו ויש לפנות ולעיין במידע אצל רשות המדינה המוסמכת.