# Exhibit 10



# Steinmetz arrested in money laundering case



14 Aug, 2017 15:49  **Nitzan Cohen**

**Billionaire Beny Steinmetz and acting Bezeq chairman David Granot are among five being questioned by Israel Police's Lahav 433 division.**

Billionaire Beny Steinmetz has been named as one of the five people detained this morning in Israel and questioned by Israel Police's Lahav 433 division on suspected money laundering.

Israel Police have asked to extend the arrest of billionaire Beny Steinmetz for eight days as well as publicist Tal Silberstein. The Rishon Lezion Magistrates Court agreed to extend the arrest by three days.

The other three men questioned are Bezeq acting chairman David Granot, Adv. Doron Levy of the Amit Pollak Matalon law firm, and Asher Avidan, a former senior executive of Steinmetz's in Guinea and president of BSGR corporation mining division. Avidan and Steinmetz have been suspected and questioned in the past over other criminal offenses.

| **Nasdaq** May 3 23:44 | **S&P 500** May 3 23:20 | **TA Bluet** May 3 17:24 | **TA35** May 3 17:24 +0.85% 1654.45 | **USD/EUR** May 4 04:17 | **NIS/EUR** May 4 04:17 | **NIS/USD** May 4 04:17 |
|---|---|---|---|---|---|---|
| -0.48% 13895.12 | +0.27% 4192.66 | +0.95% 595.34 | | -0.07% 1.2052 | +0.15% 3.9181 | +0.15% 3.2509 |

Steinmetz and Granot are suspected of taking land in Romania, drawing up fictitious contracts, and money laundering worth millions of euros.

Granot only recently took over the chairmanship of Bezeq's board of directors after Shaul Elovitch was barred from the company because of the Israel Securities Authority investigation into dealings between Bezeq and other companies he controls. He was released and will be allowed to continue in his position at Bezeq as the investigation is not related to the company.

The five suspects and other people involved in the case are being questioned on suspicion of having acted systematically together to create and present fictitious contracts and deals, among other things concerning real estate in a foreign country, in order to transfer and launder money.

The investigation is a complex one, and is being conducted with the cooperation of overseas law enforcement agencies, and in concert with the Israel Money Laundering and Terror Financing Prohibition Authority, and under the direction of the Economic Department and the Department of International Affairs in the State Attorney's Office.

<p><i>Published by Globes [online], Israel business news - <a href=http://www.globes-online.com>www.globes-online.com</a> - on August 14, 2017</i>

<p><i>© Copyright of Globes Publisher Itonut (1983) Ltd. 2017</i>

**You May Like**

### The goal: Tel Aviv to Beersheva by train in 35 minutes
News

### New "Super Battery" That Will Drive the $3 Trillion EV Market
InvestorPlace | Sponsored

### Serious Financial Warning From One of America's Richest Men
InvestorPlace | Sponsored

### New "Super Battery" Taking EVs Mainstream
InvestorPlace | Sponsored