# Exhibit 1

# Department of State

Existing Corporations and Businesses　▶

*Corporation & Business Entity Database Search*

Selected Entity Name: PERFECTUS REAL ESTATE CORP.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | PERFECTUS REAL ESTATE CORP. |
| **DOS ID #:** | 1860875 |
| **Initial DOS Filing Date:** | OCTOBER 18, 1994 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

PERFECTUS REAL ESTATE CORP.
555 MADISON AVENUNE, 5TH FLOOR
NEW YORK, NEW YORK, 10022

**Chief Executive Officer**

GREGG BLACKSTOCK
555 MADISON AVENUE,
5TH FLOOR
NEW YORK, NEW YORK, 10022

**Principal Executive Office**

PERFECTUS REAL ESTATE CORP.
555 MADISON AVE, 5TH FLOOR
NEW YORK, NEW YORK, 10022

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by [viewing the certificate.](#)

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | Par Value | .01 |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 14, 2017 | Actual | PERFECTUS REAL ESTATE CORP. |
| OCT 18, 1994 | Actual | TARPLEY BELNORD CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

[Search Results](#)　[New Search](#)

**Department of State**

Accessibility　Contact　Disclaimer

Language Access　Privacy Policy