# Exhibit 2

# OVERVIEW



On March 14, 2019, Joe Hellerstein joined the firm of Amit Pollak Matalon & Co. APM is one of the largest, leading firms in Israel and has expertise in all areas of law.

Hellerstein & Co., however, continues to advise clients on certain specialty matters.

## YOU CAN CONTACT JOE AT:

Joseph Z. Hellerstein
Amit Pollak Matalon & Co.
Cell: +972-52-420-1114
US: 561-367-2569
jzh@apm-law.com
http://www.apm-law.com/?page=team&id=314