# Exhibit C

# IMMOBILIEN ZEITUNG
SPECIALIZED NEWSPAPER FOR THE REAL ESTATE INDUSTRY

A contribution from IZ.de dated December 14, 2017

www.iz.de

# RFR buys 13 Karstadt department stores



**Karstadt logo in front of the headquarters in Essen.**
Source: *Immobilien Zeitung,*
Creator: Christoph von Schwanenflug

According to a report, Beny Steinmetz has found a purchaser for a majority of his Karstadt properties.

The Israeli entrepreneur Beny Steinmetz has sold 13 department stores leased to Karstadt to the New York investment company RFR. This was reported by the Thomas Daily (TD) news service. Steinmetz had received the properties when he left Signa, which owns Karstadt, as an investor. There has as yet been no confirmation of the spectacular transaction either from the buyer or from the seller. Well-informed sources, though, confirmed the correctness of TD's information. Through this transaction, RFR will become the most important Karstadt lessor after the Highstreet consortium.

**Karstadt pays 34 million euros in rent every year**

As *Immobilien Zeitung* found out, RFR is paying 620 million euros for 13 properties. According to reports, they bring in 34 million euros in rent every year. It was reported that the Karstadt branches in Dortmund (Westenhellweg), Dresden, Freiburg, Konstanz, Nuremberg (Lorenzkirche), Celle, Goslar, Hamburg-Bergedorf (two properties), Hamburg-Harburg, Memmingen, Offenburg and Trier were sold. "Those are all good establishments that make profits," said one insider. It is reported that Steinmetz retained the Karstadt building in Cologne (Breite Strasse).

**Signa denies investment**

Signa refuted TD's supposition that Signa would possibly join the transaction as a partner to RFR. "We are definitively not entering into a joint venture with RFR. This is purely an RFR deal," said the company from Vienna. Rene Benko's Signa Group had most recently taken over 50% of the shares in Karstadt Munich Hauptbahnhof from RFR.

Supplement: According to information from the *Immobilien Zeitung*, RFR was assisted in the transaction by Gleiss Lutz and Arnecke Sibeth. Steinmetz previously held the real estate in his company Tivolino Anstalt. **(cvs)**

# TRANSLATION CERTIFICATION

Date: July 20, 2021

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- German

To:

- English

The documents are designated as:
- CGSH_DEAL Magazine
- CGSH_Immobilien Zeitung

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li



Ein Beitrag von
IZ.de vom 14. Dezember 2017
www.iz.de

# RFR kauft 13 Karstadt-Warenhäuser



**Karstadt-Logo vor der Zentrale in Essen.**
Quelle: Immobilien Zeitung, Urheber: Christoph von Schwanenflug

Einem Bericht zufolge hat Beny Steinmetz einen Käufer für einen Großteil seiner Karstadt-Immobilien gefunden.

Der israelische Unternehmer Beny Steinmetz hat 13 an Karstadt vermietete Warenhäuser an die New Yorker Investmentgesellschaft RFR verkauft. Das berichtet der Nachrichtendienst Thomas Daily (TD). Steinmetz hatte die Immobilien erhalten, als er bei Karstadt-Eigentümer Signa als Investor ausschied. Eine Bestätigung für die spektakuläre Transaktion gab es bisher weder vom Käufer noch vom Verkäufer. Gut unterrichtete Kreise bestätigten aber die Richtigkeit der TD-Information. RFR wird damit nach dem Highstreet-Konsortium zum wichtigsten Karstadt-Vermieter.

**Karstadt zahlt 34 Mio. Euro Miete im Jahr**

Wie die Immobilien Zeitung erfuhr, zahlt RFR 620 Mio. Euro für 13 Immobilien. Diese spielten 34 Mio. Euro Miete pro Jahr ein, heißt es. Verkauft worden seien die Karstadt-Filialen in Dortmund (Westenhellweg), Dresden, Freiburg, Konstanz, Nürnberg (Lorenzkirche), Celle, Goslar, Hamburg-Bergedorf (zwei Liegenschaften), Hamburg-Harburg, Memmingen, Offenburg und Trier. „Das sind alles gute Häuser, die Gewinn machen", heißt es von einem Insider. Das Karstadt-Haus in Köln (Breite Straße) soll Steinmetz behalten haben.

**Signa schließt Beteiligung aus**

Die TD-Vermutung, Signa werde möglicherweise als Partner von RFR in die Transaktion einsteigen, wird von Signa dementiert. „Wir steigen definitiv nicht in ein Joint Venture mit RFR ein. Das ist ein reiner RFR-Deal", heißt es aus Wien. Die Signa-Gruppe von René Benko hatte zuletzt von RFR 50% der Anteile am Karstadt München-Hauptbahnhof übernommen.

Nachtrag: Nach Informationen der Immobilien Zeitung wurde RFR bei der Transaktion durch Gleiss Lutz und Arnecke Sibeth begleitet. Steinmetz hielt die Immobilien zuvor in seiner Gesellschaft Tivolino Anstalt. **(cvs)**