# Exhibit A

## Saenz, Andres

| | |
|---|---|
| **From:** | Saenz, Andres |
| **Sent:** | Friday, July 23, 2021 8:49 PM |
| **To:** | Wolter, Richard |
| **Cc:** | Balter, Emily; Levander, Samuel |
| **Subject:** | RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.) |

Rich, I received your message.  We intend to proceed with our letter to the Court next Wednesday seeking a deadline for production of Mr. Meir's responsive documents if we have not received a production by that date.

-Andres

—

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Saenz, Andres
**Sent:** Thursday, July 22, 2021 4:14 PM
**To:** 'Wolter, Richard' <rw@dhclegal.com>
**Cc:** Balter, Emily <ebalter@cgsh.com>; Levander, Samuel <slevander@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Thank you.  I am available after 2:30 pm tomorrow afternoon.  I am happy to put something on the agenda so that we make sure we don't miss each other.

-Andres

—

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, July 22, 2021 4:05 PM
**To:** Saenz, Andres <asaenz@cgsh.com>
**Cc:** Balter, Emily <ebalter@cgsh.com>; Levander, Samuel <slevander@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Andres – I will call you tomorrow with an update.

1

Thanks,
Rich



**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

---

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Wednesday, July 21, 2021 8:08 PM
**To:** Wolter, Richard <rw@dhclegal.com>
**Cc:** Balter, Emily <ebalter@cgsh.com>; Levander, Samuel <slevander@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

---

Rich,

I tried calling you earlier today and left a message with your assistant.  Can you please give me a call when you have a chance or respond to my emails about the status of your production?

It's been over a week since you committed to make your first (and final) production on behalf of Nir Meir.  Please make your production by Wednesday, July 28, 2021.  That's two weeks after you the date you told us to expect.  Otherwise, we will write to the Court and seek its assistance.

-Andres

---

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Saenz, Andres
**Sent:** Thursday, July 15, 2021 9:28 AM
**To:** 'Wolter, Richard' <rw@dhclegal.com>
**Cc:** Balter, Emily <ebalter@cgsh.com>; Levander, Samuel <slevander@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Good morning Rich,

I wanted to follow up on the below to see if you are still on track to produce this week given that you anticipated making a production yesterday.

Thanks,

-Andres

———

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Friday, July 9, 2021 2:28 PM
**To:** Saenz, Andres <asaenz@cgsh.com>
**Cc:** Balter, Emily <ebalter@cgsh.com>; Levander, Samuel <slevander@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres – We expect to make the complete production on Wednesday.

Thank you,
Rich



**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

---

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Wednesday, July 7, 2021 1:59 PM
**To:** Wolter, Richard <rw@dhclegal.com>
**Cc:** Balter, Emily <ebalter@cgsh.com>; Levander, Samuel <slevander@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

I have not heard from you and you last informed me that a production was coming last week.  It has been over a week since you informed me of the status of the production.  Can you please provide me with an update?

-Andres

———

**Andres Saenz**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Saenz, Andres
**Sent:** Thursday, July 1, 2021 1:58 PM
**To:** 'Wolter, Richard' <rw@dhclegal.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Hi Rich—just following up on the below before we head into the long weekend.  Are you still on track to make a production by Friday?  I'm happy to get on a call if that's easier.

-Andres

——

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Saenz, Andres
**Sent:** Tuesday, June 29, 2021 9:42 AM
**To:** 'Wolter, Richard' <rw@dhclegal.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Hi Rich,

I'm reaching out to see if you are still on track to produce documents responsive to the subpoena by end of week.  I believe you said on our last call that you would be sending the documents to processing by your vendor no later than today.

Thanks,

-Andres

——

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, June 24, 2021 10:46 AM
**To:** Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Andres – I'll call you at 3:30.

Thanks,
Rich

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Wednesday, June 23, 2021 8:10 PM
**To:** Wolter, Richard <rw@dhclegal.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Thanks Rich.  I am available tomorrow between 12:30 and 4 pm if you want to schedule a time to talk.

-Andres

___

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Wednesday, June 23, 2021 10:21 AM
**To:** Saenz, Andres <asaenz@cgsh.com>
**Subject:** Re: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Andres — I am out of the office today but will call you tomorrow morning.

Thanks,
Rich

Sent from my iPhone

On Jun 21, 2021, at 10:15 AM, Saenz, Andres <asaenz@cgsh.com> wrote:

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Good morning Rich,

I wanted to follow up on our call from last Tuesday.  I left you a message on Thursday as well —do you have any clearer estimates on when you will make your first production?

Thanks,

-Andres

—

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Saenz, Andres
**Sent:** Wednesday, June 9, 2021 5:41 PM
**To:** 'Wolter, Richard' <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; 'Ripin, Peter M.'
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Hello Rich,

I wanted to reach out again with regard to my email below.  Do you have any updates on your timeline
for production?

-Andres

—

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Saenz, Andres
**Sent:** Friday, June 4, 2021 8:10 AM
**To:** 'Wolter, Richard' <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; 'Ripin, Peter M.'
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Good morning Rich,

I wanted to just confirm that you will be making a production today, as discussed on our call last week.

Best,

-Andres

—

**Andres Saenz**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Saenz, Andres
**Sent:** Thursday, May 27, 2021 10:55 AM
**To:** 'Wolter, Richard' <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Thanks Rich.  I will send out a calendar invitation for 11 am tomorrow if that works.

-Andres

_____

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, May 27, 2021 10:40 AM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres – I have a call scheduled with my client for this afternoon to review the final batch of e-mails together.  Exact time is still TBD.  Can we schedule a call for tomorrow morning?

Thanks,
Rich

_____

<image001.jpg>
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Wednesday, May 26, 2021 8:46 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

A call for tomorrow afternoon works well for us.  We are available any time after 2 pm; I can send a dial-in for your preference during that window.

-Andres

___

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Monday, May 24, 2021 3:13 PM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Andres,

Can we schedule a call for Thursday afternoon?  By that time, we expect the complete e-mail production to be in the hands of our vendor for processing.  We also expect the review of text messages to be complete (and will update as to the timing of any anticipated production during the call).

Thanks,
Rich

_____

**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Monday, May 24, 2021 9:15 AM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

I am again reaching out regarding the production of documents that you previously informed us would
be made nearly a month ago.  On Monday, May 10, you informed us that there would be a production
by May 14.  So far, we have received no production of documents from Mr. Meir, and no update on the
review of text message/chat communications.

Please let us know your availability for a call later today or anytime later this week to discuss the
schedule for document production—we are flexible and happy to work around your availability, but we
would like a status update as soon as possible.

Best,

-Andres

———

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Saenz, Andres
**Sent:** Tuesday, May 18, 2021 7:28 AM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Rich,

I wanted to follow up to see if you have any updates on timing for the email production and any further
information you may have on text message review. You were anticipating a production last week.  What
is the current status?

Thanks,

-Andres

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Monday, May 10, 2021 10:03 AM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Andres – We expect to make a complete production of e-mails at the end of this week. I will have an update as to the texts later today or tomorrow.

Thanks,
Rich

_____

**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200 Direct: 646.428.3269
Fax: 212.286.1884 Email: rw@dhclegal.com
Website

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Thursday, May 6, 2021 10:09 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

On April 22, you informed us that you intended to make your first production by April 30, whether your review was complete or not. We are now approaching a week from that April 30th date that you identified. Can you please let us know whether you will be making a production this week and the timeline for any further productions if you anticipate an incomplete production?

Thanks,

-Andres

⎯⎯

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Monday, April 26, 2021 2:04 PM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres,

There has been no spoliation whatsoever by Mr. Meir. The data, including e-mails and text messages,
on Mr. Meir's devices was unilaterally removed by HFZ Capital Group on or about December 8, 2020 in
connection with Mr. Meir's departure from HFZ on December 8, 2020. HFZ remotely removed the data
without prior warning to Mr. Meir. It is unknown by Mr. Meir whether and/or to what extent HFZ
preserved a copy of the data that it removed from Mr. Meir's devices.

To the extent Mr. Meir is in possession of e-mails that are responsive to the subpoena, such e-mails
were retrieved from Mr. Meir's personal computer to which HFZ did not have remote access. Those e-
mails have been and will continue to be preserved by Mr. Meir.

I do, however, need to clarify my previous statement regarding Mr. Meir not having any text messages
in his possession. Mr. Meir was able to recover and download some of his text messages from his
personal cloud after they were removed from his devices. Those texts have been and will continue to be
preserved by Mr. Meir. We will run your search terms across those texts and advise as to the results.


Regards,
Rich
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Thursday, April 22, 2021 12:58 PM

**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

We write to remind you that your client was first served with a subpoena in the above-captioned action on May 22, 2020, and that Christopher Milito of Morrison Cohen LLP accepted service on your client's behalf on July 27, 2020.  Your representation that Mr. Meir's text messages were deleted from his electronic devices in December 2020 raises serious concerns about the potential spoliation of evidence in violation of, inter alia, Rule 37(e) of the Federal Rules of Civil Procedure.

Please provide us forthwith with your understanding of who deleted documents from Mr. Meir's electronic devices, when they did so, under what circumstances, and whether any backup of messages were maintained and by whom.  Vale reserves all rights.

Best regards,

-Andres

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, April 22, 2021 9:46 AM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres – I apologize for the delay in responding.

First, I am confirming, on behalf of Mr. Meir, that he is not in possession of any responsive text messages.  When Mr. Meir ceased working for HFZ in December 2020, his text messages were deleted from his electronic devices and he no longer has access to any text messages.

Second, the review is proceeding more slowly than expected.  We intend to make a production by the end of next week whether the review is complete or not.  In the event that our first production is not complete, we will provide a timeline for completion when the first production is made.

Thanks,
Rich

_____

**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Tuesday, April 20, 2021 12:04 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST

Hi Rich,

I hope you're doing well.  I'm checking in again about the below regarding text messages and other
forms of communications and to confirm your estimated timeline for email production, which we were
expecting late last week/early this week based on our prior conversations.

Please let us know if it's helpful to discuss, and we can set up a call.

Thanks,

-Andres

___

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Saenz, Andres
**Sent:** Thursday, April 15, 2021 8:35 AM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.
<PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter,
Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina
<kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Rich,

Thank you again for speaking to us last week.  During our call, you agreed to provide a written representation that your client did not have any responsive text messages because his phone was wiped when he left HFZ.  Could you please confirm this?  Could you also please confirm your timeline for the email production?

Best,

-Andres

‾‾‾

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, March 25, 2021 6:44 PM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres – I'm available after 11.

Thanks,
Rich

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Thursday, March 25, 2021 5:35 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

Will you be available tomorrow morning to discuss the production?  Please let us know a time that works for you.

-Andres

‾‾‾

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Wednesday, March 24, 2021 1:23 PM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)
**Importance:** High


Andres – I am in the middle of a work emergency and currently on another call, so I need to reschedule the call.  I apologize for the short notice.

Regards,
Rich

---

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Thursday, March 18, 2021 6:28 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Nkodo, Julie-Irene <jnkodo@cgsh.com>; Wright, Katerina <kawright@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Thanks Rich,

We are available any time between 12 and 2 pm.  Please let us know when works best for you and we'll send a calendar invitation for Wednesday.

-Andres

⎯⎯

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com | clearygottlieb.com

---

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, March 18, 2021 4:25 PM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M.

<[PMR@dhclegal.com](mailto:PMR@dhclegal.com)>
**Cc:** Rosenthal, Jeffrey A. <[jrosenthal@cgsh.com](mailto:jrosenthal@cgsh.com)>; Vicens, Elizabeth (Lisa) <[evicens@cgsh.com](mailto:evicens@cgsh.com)>; Balter, Emily <[ebalter@cgsh.com](mailto:ebalter@cgsh.com)>; Nkodo, Julie-Irene <[jnkodo@cgsh.com](mailto:jnkodo@cgsh.com)>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres,

I believe our technical issues have been resolved.  The data is being re-uploaded to our review database tomorrow and/or Monday (depending on our vendor's capacity).  I'll need a couple days thereafter to assess and come up with a proposed timeline.  Can we schedule a call for Wednesday afternoon?

Thanks,
Rich

_____

**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: [rw@dhclegal.com](mailto:rw@dhclegal.com)
Website

**From:** Saenz, Andres <[asaenz@cgsh.com](mailto:asaenz@cgsh.com)>
**Sent:** Thursday, March 18, 2021 3:15 PM
**To:** Wolter, Richard <[rw@dhclegal.com](mailto:rw@dhclegal.com)>; Levander, Samuel <[slevander@cgsh.com](mailto:slevander@cgsh.com)>; Ripin, Peter M. <[PMR@dhclegal.com](mailto:PMR@dhclegal.com)>
**Cc:** Rosenthal, Jeffrey A. <[jrosenthal@cgsh.com](mailto:jrosenthal@cgsh.com)>; Vicens, Elizabeth (Lisa) <[evicens@cgsh.com](mailto:evicens@cgsh.com)>; Balter, Emily <[ebalter@cgsh.com](mailto:ebalter@cgsh.com)>; Nkodo, Julie-Irene <[jnkodo@cgsh.com](mailto:jnkodo@cgsh.com)>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

We wanted to check in with you about your proposal below.  Would you be available for a call between 2:30 and 4:00 pm tomorrow to catch up?  If so, we'll go ahead and circulate a dial-in invitation.

Thanks,

-Andres

___

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [[mailto:rw@dhclegal.com](mailto:rw@dhclegal.com)]
**Sent:** Friday, March 12, 2021 2:43 PM

**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Andres – We are having some issues uploading and processing the data.  I am awaiting confirmation that these issues have been resolved.  That being said, the volume of e-mails retrieved from Mr. Meir's personal computers is limited, so I am hopeful we can turn around a production reasonably quickly.

Let's touch base early next week.

Thanks,
Rich
_____


**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Friday, March 12, 2021 10:04 AM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

It has been over two weeks since we last heard from you regarding Mr. Meir's expected production of documents, when you noted to us that you were still awaiting clarification from your vendor as to certain aspects of search results.  Please inform us when you expect to begin producing documents and provide us with an estimate of when you expect to complete the production.

We are available to discuss the status of the production today by phone.

-Andres
⎯⎯

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Saenz, Andres
**Sent:** Thursday, March 4, 2021 3:41 PM
**To:** 'Wolter, Richard' <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Hi Rich,

I just wanted to follow up on the below.  Please let me know if you have any updates from your vendor.

Best,

-Andres

———

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

---

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Tuesday, February 23, 2021 10:50 AM
**To:** Saenz, Andres <asaenz@cgsh.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Andres – I am awaiting clarification from our vendor as to certain aspects of our search results.  I will circle back as soon as I receive that clarification.

Thanks,
Rich
_____
**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

---

**From:** Saenz, Andres <asaenz@cgsh.com>
**Sent:** Thursday, February 18, 2021 12:53 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>

**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

We wanted to follow up on last week's call to see if you had any updates on the status of the production of Mr. Meir's documents.  Please let us know if it would be helpful to discuss further.

Best,

-Andres

___

**Andres Saenz**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cvalenti@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2804
asaenz@cgsh.com  |  clearygottlieb.com

**From:** Wolter, Richard [mailto:rw@dhclegal.com]
**Sent:** Thursday, February 11, 2021 9:40 AM
**To:** Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

10am tomorrow (Friday) is fine.

Thanks,
Rich

**From:** Levander, Samuel <slevander@cgsh.com>
**Sent:** Wednesday, February 10, 2021 10:38 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

We are available for a call on Friday any time before noon.  Does 10 am work?  If so, I will circulate a calendar invitation.

As stated previously, we had extensive discussions with Mr. Meir's prior counsel and shared a list of proposed search terms for identifying documents and communications responsive to Vale's Subpoena.  I include that list here below as a courtesy.

Please let us know when you intend to begin making productions and your expected deadline for completing all productions.

Vale reserves all rights.

Best,
Sam

| Search Term |
| --- |
| (JV OR "joint venture" OR financ* OR invest* OR loan) AND (Belnord OR Setai OR AFZ OR "HFZ 40 Broad" OR "Bryant" OR Chatsworth OR Highline OR Church or Chrystie OR "XI" OR "76 Eleventh" OR "225 W 86" OR "225 West 86" OR "344 W 72" OR "344 West 72" OR "215 Chrystie" OR "40 Broad" OR "505 West 19" OR "505 W 19" OR "16 West 40" OR "16 W 40" OR "235 West 75" OR "235 W 75" OR "301 West 53" OR "301 W 53" OR "90 Lex*" OR "88 Lex*" OR "3 W 29" OR "3 West 29" OR "76 11th" OR "114 Bennett" OR Westbrook OR "West Brook" OR Astor OR Metro OR LexLofts OR Adjacent) |
| "500 NMA" |
| "Fine Arts NY LLC" |
| Perfectus |
| Tarpley |
| BSG* |
| "HFZ-BSG" |
| Beny or "Benny" |
| Steinmetz |
| Blackstock |
| Papachristophorou |
| Luv |
| Shah |
| Balda |
| Nysco |
| Vessna OR Vesna |
| Onyx |
| Invel |
| Niron |
| "Five Mounts" |
| FMP |
| LSL OR "Litigation Solutions" |
| GSOL |
| "Star West" |
| "Bryan Cave" |
| Kenneth w/3 Henderson |
| Tarpley |
| Sabby OR Saby |
| Nissim |
| Mionis |

| |
|---|
| Hadramant |
| David w/3 Clark |
| Dag |
| Cramer |
| Avidan |
| Yossie |
| Tchelet |
| Bonnant |
| Cortes |
| Peter w/3 Goop |
| Bodin |
| Degnarain |
| Edoh |
| Doron |
| Levy |
| Saada |
| Struik |
| Pollak |
| Raz |
| Merloni |
| Horemans |
| Sabag |
| Ohad w/3 Schwartz |
| Cilins |
| Gabay |
| Gur |
| Granot |
| "Lev Ran" or Levran |
| Camhis OR Kamchis |
| Daskalakis |
| Menahem OR Menachem |
| Peppas |
| Paschos |
| Varda |
| Strykowski |
| Yannis |
| Prokopis OR Procopis |
| Moutafis |
| Noy |
| Vandenbraber OR "Van Den Braber" |
| Meijer |
| Martin w/3 Maloney |
| Benko |
| @bclplaw.com |
| @bsgresources.com |
| @bsgresources.gg |
| @bsg-realestate.com |
| @steinmetzadvisors.com |
| @bsg-investments.com |

| |
|---|
| @octeagroup.com |
| @onyxfa.com |
| @onyx-suisse.com |
| @gsolfund.com |
| @nornverdandi.com |
| @arkem.co.uk |
| @nammax.com |
| @infinitediam.com |
| @rmaslimited.com |
| @barlaw.co.il |
| @apmcyprus.com |
| @apm-law.com |
| @bon-a.ch |
| @marxerpartner.com |
| @silextrust.com |
| @iglobos.com |
| @gustafbodin.se |
| @invicta-advisory.com |
| @stvictor.ch |
| @rothschild.com |
| @nironmetals.com |

**Samuel Levander**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdigiaro@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2951
slevander@cgsh.com | clearygottlieb.com

**From:** Wolter, Richard <rw@dhclegal.com>
**Sent:** Wednesday, February 10, 2021 5:20 PM
**To:** Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

Sam,

We disagree with your assertions, including but not limited to those related to your interpretation of Judge Wang's order, your characterization of communications with Mr. Meir's prior counsel, and your claim of untimeliness. Mr. Meir has fully complied with Judge Wang's order.

Notwithstanding the foregoing and as expressly stated in Mr. Meir's responses, I will make myself available for a meet and confer. My schedule is generally open on Friday. In the meantime, if you would like to propose search terms, I would be happy to review.

All rights reserved.

22

Regards,
Rich

_____

**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,  New York,  NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

---

**From:** Levander, Samuel <slevander@cgsh.com>
**Sent:** Wednesday, February 10, 2021 4:05 PM
**To:** Wolter, Richard <rw@dhclegal.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

We write in response to your purported Responses and Objections, dated February 5, 2021 (the "R&Os").

The R&Os are untimely.  Through his then-counsel, Mr. Meir first objected to the subpoena on August 13, 2020.  After meeting and conferring with Vale several times, Mr. Meir filed a motion to quash on the deadline to do so – September 14, 2020.  *See* ECF No. 63.  On January 29, 2021, Judge Wang rejected Mr. Meir's motion to quash in full, and ordered him to respond to the subpoena by February 5, 2021.  *See* ECF No. 76.  Mr. Meir is not now entitled to a second bite at the discovery apple merely because he has retained new counsel.  Judge Wang's order is explicitly directed to Mr. Meir, and we expect him to comply with that order by producing his documents responsive to Vale's subpoena forthwith (which we note are already overdue under the order).

Please let us know by tomorrow when you expect to make your first production and when you expect to complete your production.

While we have already met and conferred several times with your predecessor counsel, and were forced to litigate our disagreements, we are available to meet and confer as requested.  Vale reserves all rights, including seeking relief from the Court based on Mr. Meir's non-compliance.  Please let us know your availability tomorrow afternoon or Friday.

Best regards,
Sam

―――

**Samuel Levander**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdigiaro@cgsh.com
One Liberty Plaza, New York NY 10006

T: +1 212 225 2951
slevander@cgsh.com │ clearygottlieb.com

**From:** Wolter, Richard <rw@dhclegal.com>
**Sent:** Friday, February 5, 2021 5:24 PM
**To:** Levander, Samuel <slevander@cgsh.com>; Ripin, Peter M. <PMR@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Sam,

Attached is Mr. Meir's response to the subpoena.

Regards,
Rich

_____

**<image001.jpg>**
**Richard Wolter, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200   Direct: 646.428.3269
Fax: 212.286.1884   Email: rw@dhclegal.com
Website

**From:** Levander, Samuel <slevander@cgsh.com>
**Sent:** Tuesday, January 26, 2021 4:48 PM
**To:** Ripin, Peter M. <PMR@dhclegal.com>; Wolter, Richard <rw@dhclegal.com>
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** RE: In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Rich,

Thank you for the call earlier today.  As discussed, I am going to circulate a dial-in for our follow-up call Friday at 11am.  We look forward to talking then.

Best regards,
Sam

──

**Samuel Levander**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdigiaro@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2951
slevander@cgsh.com │ clearygottlieb.com

**From:** Levander, Samuel
**Sent:** Monday, January 25, 2021 1:36 PM

**To:** pmr@dhclegal.com; rw@dhclegal.com
**Cc:** Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>; Vicens, Elizabeth (Lisa) <evicens@cgsh.com>; Balter, Emily <ebalter@cgsh.com>; Saenz, Andres <asaenz@cgsh.com>
**Subject:** In re Application of Vale, 20-MC-199-JGK-OTW (S.D.N.Y.)


Peter, Richard,

We represent Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale") in connection with the above-captioned application for discovery pursuant to 28 U.S.C. § 1782.  We understand that you now represent Respondent Nir Meir in this action.

Please let us know when you are available for a call to discuss Mr. Meir's production of documents.


Best regards,
Sam

———

**Samuel Levander**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdigiaro@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2951
slevander@cgsh.com  | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further, <u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
*******************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or

recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further,<u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at: https://www.clearygottlieb.com/footer/privacy-statement

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further,<u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.