UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No. 1:20-mc-00199(JGK)(OTW)<br><br>**STIPULATION REGARDING PROTECTIVE ORDER** |

WHEREAS, on October 6, 2020, counsel for Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale") and certain other parties executed a Stipulation and Protective Order (the "Protective Order");

WHEREAS, on October 7, 2020, the Court so-ordered the Protective Order (D.E. 69);

WHEREAS, on March 16, 2021, Vale moved for leave to serve a subpoena (the "Subpoena") on Signa Chrysler Holding LLC ("Signa") (D.E. 90) and, on June 22, 2021, the Court granted that motion (D.E. 91);

WHEREAS Vale and Signa agree that the Protective Order shall govern any document production made by Signa in response to the Subpoena;

IT IS HEREBY ORDERED that the Protective Order shall apply to any document production made by Signa in response to the Subpoena.

**SO STIPULATED AND AGREED.**

Dated:  August 4, 2021

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | McDERMOTT WILL & EMERY LLP |
| By: */s/ Jeffrey A. Rosenthal* | By: |
| Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>Lisa Vicens | Andrew B. Kratenstein<br>Monica S. Asher |
| One Liberty Plaza | One Vanderbilt Avenue<br>New York, New York 10017 |

New York, New York  10006
T: 212-225-2000
F: 212-225-3999
jrosenthal@cgsh.com
lschweitzer@cgsh.com
evicens@cgsh.com

*Attorneys for Vale S.A., Vale Holdings B.V.,
and Vale International S.A.*

T: (212) 547-5400
F: (212) 547-5444
akratenstein@mwe.com
masher@mwe.com

*Attorneys for Signa Chrysler Holding LLC*

**SO ORDERED.**

_____
**Ona T. Wang**
United States Magistrate Judge

Dated: <u>August 5</u>, 2021
        <u>New York, New York</u>