# Exhibit 4

**Date:** 25 Sep 2018 at 11:33 (UTC Z)

**Subject:** (No subject)

From: Blackstock Gregg
Sent: Mon 3/05/2018 7:56 PM (GMT-00:00)
To: Henderson, Kenneth
Cc: Berger, Holly
Bcc:
Subject: Re: Letter
Attachments: 20180305_Perfectus Real Estate Corporation Ownership Chart.pdf

Thanks Ken

Attached is the current chart; I¹ve shown the name change.

There is a second change, in that B Foundation was substituted for another
foundation with the same potential beneficiaries, but a different settlor.
This is an internal reorganisation driven by the foundation counsel and
has no influence on the letter being requested, but nonetheless I am
making you aware of this for completeness. I will give you a KYC pack for
your records with this change once I am authorised to release this by the
foundation (hopefully this week).

Best regards

Gregg

On 05/03/2018, 20:47, "Henderson, Kenneth"
<Kenneth.Henderson@bryancave.com> wrote:

>I just got off the phone with Jill Block, HFZ's counsel.
>We can issue the letter again and yes we should note the name change.
>Holly, please check what we have in the files as documentary backup for
>this.
>They want it by Friday at the latest.
>
>
>Kenneth Henderson
>Partner
>BRYAN CAVE LLP
>T: +1 212 541 2275
>M: +1 917 318 6305
>kenneth.henderson@bryancave.com
>
>
>-----Original Message-----
>From: Blackstock Gregg [mailto:Gregg@axaraglobal.com]
>Sent: Monday, March 05, 2018 2:08 PM
>To: Henderson, Kenneth
>Cc: Berger, Holly; DeLecce, Janna
>Subject: Letter
>
>Hi Ken
>
>Hope all is well.
>
>Please could you assist us with the attached certification dated today
>for Perfectus Real Estate Corporation.
>
>I confirm the content to be the same with respect to the individuals
>named.
>
>Perhaps it is necessary to mention that the name was changed.
>
>This relates to KYC on financing of the Belnord.
>
>_____
>

>This electronic message is from a law firm. It may contain confidential
>or privileged information. If you received this transmission in error,
>please reply to the sender to advise of the error and delete this
>transmission and any attachments.
>bcllp2018
>