# Exhibit 5

**Date:** 07 Feb 2019 at 13:36 (UTC Z)
**Subject:** (No subject)

From: Jonathan Shore
Sent: Fri 12/19/2014 2:09 AM (GMT-00:00)
To: Henderson, Kenneth; ohad@Nammax.com; dbarnett@barlaw.co.il
Cc:
Bcc:
Subject: Re: Final Tarpley Spreadsheet for Separation Agreement - 12-17-14
Attachments: Tarpley Belnord Sale Ohad's versions of projection.xlsx

The enclosed spreadsheet, the last one I worked with, has all the numbers mentioned by Ohad (Ohad please confirm).
Jonathan

-----Original Message-----
From: Henderson, Kenneth
To: 'Ohad Schwartz' ; 'David Barnett'
Cc: jonathan
Sent: Thu, Dec 18, 2014 5:59 pm
Subject: RE: Final Tarpley Spreadsheet for Separation Agreement - 12-17-14

Jonathan, please point us to what line it is where the donation appears.
I also need to check to see if I updated the bank balances to reflect the donation.

**From:** Ohad Schwartz [mailto:ohad@Nammax.com]
**Sent:** Thursday, December 18, 2014 5:33 PM
**To:** Henderson, Kenneth; 'David Barnett'
**Cc:** jonathan@gw-cpa.com
**Subject:** RE: Final Tarpley Spreadsheet for Separation Agreement - 12-17-14

Hi Ken,
Thank you for this, but I'm afraid that this one, probably by accident/mistake, also lacks the deduction of the USD 300K donation that has been recently made from the balance in the account in Leumi bank . In order to correct this, one needs to deduct USD 300K from cell **D15 in *Recon1* tab** (Bank Leumi - In the attached the amount in that account is $12,476,077 while it should be $300K less or $12,176,077 to result in a total money in the account of $12,212,990 in cell H15 on the same tab). The deduction should also result in **cell B80 in *Scenario B* tab** to be $38,003,855.99 while in the attached it is $38,303,855.99.
Also, for the avoidance of confusion, line 80 in Scenario B is titled: "ACTUAL (NOTIONAL) TOTAL CASH AVAILABLE For Partner A" and the amount there as mentioned above is $38,003,855.99 – this is actually a bit confusing as the actual total share of Partner A is the amount indicated in line 73 (cells B73 - $37,358,691 – that is, after making the correction as indicated in the paragraph above in this email). what I mean is that line 80 indicates the total available amount in Tarplay including the excess amount and not Partner A available cash. I suggest to change the title to be the following: "ACTUAL (NOTIONAL) TOTAL CASH AVAILABLE For Tarplay"
Regards,
Ohad

**From:** Henderson, Kenneth [mailto:Kenneth.Henderson@bryancave.com]
**Sent:** 18 December 2014 02:55
**To:** 'Raz Steinmetz'; Ohad Schwartz; 'David Barnett'
**Cc:** jonathan@gw-cpa.com
**Subject:** Final Tarpley Spreadsheet for Separation Agreement - 12-17-14

Here is the latest spreadsheet, just so you all have what I consider the "master". I will attach only sheets Recon 1 and Recon 2 and Scenario B to the agreement when it is in final form.
KLH
**Kenneth L. Henderson• Bryan Cave LLP**
1290 Avenue of the Americas • New York, NY 10104
Tel: (212) 541-2275 • Fax: (212) 541-1357
kenneth.henderson@bryancave.com
www.bryancave.com

P   Please consider the environment before printing this e-mail .

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.
bcllp2014

********************************************************************************
This footnote confirms that this email message has been scanned by
PineApp Mail-SeCure for the presence of malicious code, vandals & computer viruses.
********************************************************************************