# Exhibit 6

Date: 11 Mar 2019 at 17:48 (UTC Z)

**From:** Nelson, R. Stephen
**Sent:** Tuesday, November 14, 2017 4:27 PM
**To:** Yannis Procopis (yannis@procopis.net)
**Cc:** gregg@axaraglobal.com; Lubart, Mitchell ; Danzig, Douglas ; Rahmani-Givi, Yasaman
**Subject:** 500 North Michigan Avenue - Title Escrow

Yannis,

Attached are copies of the Replacement Property Agreement and the Settlement Statement. The Title Company will need both of these documents signed in order to close.

While the Qualified Intermediary refused to accept any changes to the Replacement Property Agreement, since these comments clarify the document, I strongly recommend that both Fine Arts and 1031 Highland Associates LLC sign the attached Replacement Agreement.

In addition, please have 1031 Highland Associates LLC sign the attached Settlement Statement next to Fine Arts' signature. Once signed, the Replacement Property Agreement and the Settlement Statement should be send to me by email.

Please let me know if you have any questions.

Steve

**R. Stephen Nelson** | Senior Counsel
Norton Rose Fulbright US LLP
1301 Avenue of the Americas, New York, New York 10019-6022, United States
Tel +1 212 318 3089 | Fax +1 212 318 3400
stephen.nelson@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

*Norton Rose Fulbright and Chadbourne & Parke have joined forces, giving our clients access to more than 4,000 lawyers worldwide.*
nortonrosefulbright.com/chadbourne

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.