**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re Application of Vale S.A., Vale Holdings   :   20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order  :
Pursuant to 28 U.S.C. § 1782 to Conduct         :   **ORDER**
Discovery for Use in Foreign Proceedings        :
:
:
:
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Status Conference scheduled for 3:30 p.m. EST on November 10, 2021 (ECF 104) is adjourned to **4:00 p.m. EST on November 10, 2021.** Only counsel for Vale and Respondents Perfectus Real Estate Corp. ("Perfectus") and Tarpley Belnord Corp. ("Tarpley") are required to appear at the conference. The Court will not address the motion filed as ECF 93.

Counsel for Vale shall appear in person at Courtroom 20D, 500 Pearl Street. Contrary to the directions in ECF 104, counsel for Perfectus and Tarpley has **not** indicated whether he will appear for the conference in person or by telephone. Counsel for Perfectus and Tarpley must file a letter with this information by **November 9, 2021 at 5:00 p.m. EST.**

Counsel for Vale shall email a copy of this Order and ECF 104 to counsel for Perfectus and Tarpley and file proof of service by **November 8, 2021.**

SO ORDERED.

Dated: November 5, 2021
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

1