# HELLERSTEIN & COMPANY

**MEMO ENDORSED**

November 8, 2021

VIA ECF

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:  In re Application of Vale S.A. et al., No. 20-mc-199-JGK-OTW

Dear Judge Wang:

Please note that I will participating in the November 10th Status Conference by telephone, as I am presently located in Israel.

Sincerely,

*Joseph Z. Hellerstein*

Joseph Z. Hellerstein

---

Mr. Hellerstein shall participate in today's 4:00 p.m. EST conference by calling (212) 805-0877.

**SO ORDERED.**

_____
Ona T. Wang            11/10/21
U.S.M.J.