**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
                                                            :
In re Application of Vale S.A., Vale Holdings    :                20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order   :
Pursuant to 28 U.S.C. § 1782 to Conduct          :                **ORDER**
Discovery for Use in Foreign Proceedings         :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge:**

      Pursuant to the directions given on the record at the November 10, 2021 conference,

Perfectus shall complete productions by **November 24, 2021**. A joint status letter from

Perfectus and Vale shall be filed by Vale on **December 2, 2021**.

      **SO ORDERED.**

                                                            _s/ Ona T. Wang_____

Dated: November 15, 2021                          **Ona T. Wang**
      New York, New York                         United States Magistrate Judge