# Exhibit 1

## Figure 1



## Figure 2

