# Exhibit 3



**From:** Nir Meir nir@hfzcap.com
**Subject:** Re: Belnord - Tarpley K-1
**Date:** 9 August 2017 at 06:03
**To:** Blackstock Gregg Gregg@axaraglobal.com

Will do first thing tomorrow am

Nir Meir
Managing Principal
HFZ Capital Group
600 Madison Avenue 15th Floor
New York, NY 10022

On Aug 9, 2017, at 12:02 AM, Blackstock Gregg <Gregg@axaraglobal.com> wrote:

> Thanks Nir
>
> Only issue is the org chart; please get your guys to to take out Beny's name.
>
> Best regards
>
> Gregg
>
> On 9 Aug 2017, at 02:23, Nir Meir <nir@hfzcap.com> wrote:
>
>> Nir Meir
>> Managing Principal
>> HFZ Capital Group
>> 600 Madison Avenue 15th Floor
>> New York, NY 10022
>>
>> Begin forwarded message:
>>
>>> **From:** Daniel Gewurtz <dgewurtz@hfzcap.com>
>>> **Date:** August 8, 2017 at 2:01:53 PM EDT
>>> **To:** Nir Meir <nir@hfzcap.com>
>>> **Subject: Belnord - Tarpley K-1**
>>>
>>> Attached is the 2016 K-1 for Tarpley.
>>
>> <Belnord org chart.pdf>
>> <BELNORD JV K1 2 TARPLEY BELNORD CORP.PDF>