# Exhibit 1

| | |
|---|---|
| **Sent:** | Mon, 11 Mar 2019 17:46:59 -04:00 |
| **From:** | Jonathan G. Shore, CPA |
| **Sent:** | Thu 9/06/2018 7:11 PM (GMT-00:00) |
| **To:** | Gregg@axaraglobal.com; Henderson, Kenneth |
| **Cc:** | Arbisser, Micah |
| **Bcc:** | |
| **Subject:** | Re: Payment for Illinois Tax Perfectus Jerta - need routing number and account number |

1) No I need to make the payment by next week because it is Illinois and not Federal and its an LLC, not a corporation. Please let me know which account to use, and then reimburse later after you open the Perfectus Jerta JV account.
2) As for the accountants for Jerta I d not need anything from them, but they need to prepare a tax return and pay the tax on their share of the income reported by Perfectus Jerta JV. Sorry for the late notice, we only found ouot that there is a managing agent producing reports for this recently and then received reports from him that were tie consuming to analyze and put together in form of a tax return.
Regards,
Jonathan
-----Original Message-----
From: Blackstock Gregg
To: Henderson, Kenneth
Cc: Jonathan G. Shore, CPA ; Arbisser, Micah
Sent: Thu, Sep 6, 2018 3:06 pm
Subject: Re: Payment for Illinois Tax Perfectus Jerta - need routing number and account number

Thank you Ken
Jonathan, I am responsible for the interests of the Jerta member. Please let me know exactly what you need from them and I will arrange this? Both Perfectus and Jerta have lent into 500 NMA Acquisition Co LLC that we can use to make this payment. I have not opened a bank account for Perfectus Jerta JV LLC, but can do this in the next 2-3 weeks and we can capitalise it with some funds for these types of payments. Can this wait until then?

Best regards
Gregg Blackstock


On 6 Sep 2018, at 19:58, Henderson, Kenneth <kenneth.henderson@bclplaw.com> wrote:


> Certainly cannot use any Perfectus account unless it is only the Perfectus share of taxes being paid, unless Gregg tells us Perfectus can fund and that the partners will repay.
>
>  KENNETH L. HENDERSON
> Partner
> BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
> kenneth.henderson@bclplaw.com
> T: +1 212 541 2275 M: +1 917 318 6305
>
> **From:** Jonathan G. Shore, CPA [mailto:jgshoreco@aol.com]
> **Sent:** Thursday, September 06, 2018 2:56 PM
> **To:** Arbisser, Micah; Henderson, Kenneth
> **Subject:** Re: Payment for Illinois Tax Perfectus Jerta - need routing numebr and account number
> Is there an account number I can charge in the U.S.? Maybe an account that belongs to Tarpley/Perfectus?
> -----Original Message-----
> From: Arbisser, Micah <micah.arbisser@bclplaw.com>
> To: Henderson, Kenneth <kenneth.henderson@bclplaw.com>; Jonathan G. Shore, CPA <jgshoreco@aol.com>
> Cc: DeLecce, Janna <janna.delecce@bclplaw.com>
> Sent: Thu, Sep 6, 2018 2:47 pm
> Subject: RE: Payment for Illinois Tax Perfectus Jerta - need routing numebr and account number
> Unfortunately I've never dealt with anyone from Jerta. Gregg has always been my sole point person.
>  MICAH ARBISSER
> Partner
> BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA

**From:** Henderson, Kenneth
**Sent:** Thursday, September 06, 2018 2:34 PM
**To:** Jonathan G. Shore, CPA
**Cc:** Arbisser, Micah; DeLecce, Janna
**Subject:** RE: Payment for Illinois Tax Perfectus Jerta - need routing numebr and account number

Micah, do we know the names of the accountants for the other investor entities? If so, maybe you can put Jonathan in touch with them.



KENNETH L. HENDERSON
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - New York, NY USA
kenneth.henderson@bclplaw.com
T: +1 212 541 2275  M: +1 917 318 6305

micah.arbisser@bclplaw.com
T: +1 212 541 3137  M: +1 646 382 9874

**From:** Jonathan G. Shore, CPA [mailto:jgshoreco@aol.com]
**Sent:** Thursday, September 06, 2018 2:26 PM
**To:** Henderson, Kenneth; DeLecce, Janna
**Subject:** Payment for Illinois Tax Perfectus Jerta - need routing numebr and account number

I have to look at the tax return still, but it appears Perfectus Jerta JV LLC owes around $7,500 for Illinois tax. Please let me know an account number and routing number for charging this payment. As you know, Perfectus Jerta is owned 11.5% by Perfectus 500 NMA Corp. and 88.5% by Jerta Holdings.

I suggest you alert the accountants for Jerta Holdings the perfectus Jerta has income of about $600,000, of which Jerta shares 88.5%.

This is preliminary but probably close to the truth.

Regards,
Jonathan

Jonathan G. Shore, CPA, Partner
GIBGOT, WILLENBACHER & CO.
Certified Public Accountants
310 East Shore Road, Suite 311
Great Neck, New York 11023
TEL. 516-482-3660 Ext. 109
FAX 516-482-3685
Cell. 516-353-0857

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.