# Exhibit 2

**December 16, 2021** | 3:34 pm

## COVID-19 Vaccines

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

**FIND PROVIDER  >**

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]   [ Return to Search ]

**Entity Details**

**ENTITY NAME:** PERFECTUS REAL ESTATE CORP.

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**DATE OF INITIAL DOS FILING:** 10/18/1994

**EFFECTIVE DATE INITIAL FILING:** 10/18/1994

**FOREIGN FORMATION DATE:**

**COUNTY:** New York

**JURISDICTION:** New York, United States

**DOS ID:** 1860875

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** Active

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** CURRENT

**NEXT STATEMENT DUE DATE:** 10/31/2022

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process Name and Address

**Name:**  THE CORPORATION

**Address:**  555 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY, United States, 10022

Chief Executive Officer's Name and Address

**Name:**  GREGG BLACKSTOCK

**Address:**  555 MADISON AVENUE,, 5TH FLOOR, NEW YORK, NY, United States, 10022

Principal Executive Office Address

**Address:**  555 MADISON AVE, 5TH FLOOR, NEW YORK, NY, United States, 10022

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

| | |
|---|---|
| **Is The Entity A Farm Corporation:** | No |

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| PAR VALUE | 200 | $0.01 |