**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re Application of Vale S.A., Vale Holdings        :         20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order    :
Pursuant to 28 U.S.C. § 1782 to Conduct            :         **ORDER**
Discovery for Use in Foreign Proceedings         :
:
:
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

In light of Vale's request to preserve documents covered by the parties' protective order (ECF 69), counsel for Vale shall move to modify the protective order (ECF 69). Counsel for Vale and Perfectus are directed to meet and confer regarding a potential resolution, and until further notice, the parties are further directed to preserve the documents at issue. The documents should be neither accessed nor destroyed at this time. If counsel for Perfectus does not respond to Vale's motion to modify the protective order, then Vale may move to modify the protective order as it sees fit. Counsel are directed to file their briefing on this issue in both this case and *Vale S.A. v. BSG Resources Limited*, No. 19-cv-3619 (VSB) (RWL). The Clerk of Court is respectfully directed to terminate ECF 139.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: April 25, 2022                                       **Ona T. Wang**
   New York, New York                              United States Magistrate Judge