**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
:
:
In re Application of Vale S.A., Vale Holdings  :  20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order :
Pursuant to 28 U.S.C. § 1782 to Conduct  :  **ORDER**
Discovery for Use in Foreign Proceedings :
:
:
:
:
:
----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

In light of Vale's request to preserve documents covered by the parties' protective order (ECF 69), counsel for Vale shall move to modify the protective order. Counsel for Vale and Fine Arts are directed to meet and confer regarding a potential resolution, and until further notice, the parties are further directed to preserve the documents at issue. The documents should be neither accessed nor destroyed at this time. If counsel for Fine Arts does not respond to Vale's motion to modify the protective order, then Vale may move to modify the protective order as it sees fit. Counsel are directed to file their briefing on this issue in both this case and *Vale S.A. v. BSG Resources Limited*, No. 19-cv-3619 (VSB) (RWL).

**SO ORDERED.**

Dated: April 29, 2022
  New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge