# Exhibit B

SIGNA

DE   EN

# The SIGNA Group

AT A GLANCE
EXECUTIVE BOARD
ADVISORY BOARD
COMPLIANCE
VALUE MANAGEMENT

## AT A GLANCE

SIGNA Group is a privately managed international investment and industrial holding company active in the real estate, retail and media business sectors. Since its foundation in 1999, SIGNA has successfully developed into a company of truly international scale and format. Today, SIGNA is one of Europe's most important real estate investors and operates a number of reputable retail businesses.

SIGNA Real Estate operates from eleven offices in Austria, Germany, Italy, Luxembourg and Switzerland. The Gross Asset Value of the real estate group amounts to 21 billion euros (FY2020), and the Gross Development Value amounts to 23 billion euros (FY2020). SIGNA Real Estate consists of five independent business units:

SIGNA Prime Selection owns a portfolio of exclusive real estate properties in prime inner-city locations in Austria, Germany, Switzerland and the Northern part of Italy. The vast majority of these extraordinary properties will remain in the hands of SIGNA Prime in the long term. The company continues to supplement its real estate investments with acquisitions and new projects in top locations with significant value creation potential on an ongoing basis.

SIGNA Development Selection invests in development projects in major urban centres, primarily in German-speaking Europe and the Northern part of Italy. These include office buildings and high-rise projects, multi-family properties, future proof retail concepts and outstanding hotels. The company pursues a "buy – develop – sell" strategy. In 2017, SIGNA Development Selection took over the Viennese property developer BAI Bauträger Austria Immobilien GmbH.

With a focus on New York City and other prime US-inner-city locations, a mixture of different utilisation types focused on sustainability, SIGNA RFR US Selection will acquire one of a kind assets with value enhancement potential in unique locations. The long-term buy-and-hold strategy will result in a core portfolio similar to SIGNA Prime Selection.

SIGNA Luxury Hotels sets the highest standards in the conception, development and marketing of unique destinations in Central Europe's most beautiful locations and operates impressive luxury hotels and resorts, with a portfolio that includes Chalet N in Lech am Arlberg, the Park Hyatt Vienna, the Villa Eden luxury resort on Lake Garda as well as the exclusive Hotel Bauer Palazzo in the heart of Venice.

SIGNA Retail comprises of a number of businesses that operate alongside one another, but independently. SIGNA is actively expanding the growing online businesses and at the same time is rebuilding modern concepts in the world of stationary retail. The individual enterprises are profiting from the interdisciplinary exchange within the units of SIGNA Retail.

The KaDeWe Group is a part of SIGNA Premium and is the leading luxury department store group in Germany with three luxury department stores, the KaDeWe in Berlin, the Oberpollinger in Munich and the

Alsterhaus in Hamburg. In addition, the traditional Swiss premium-department store chain GLOBUS has been a part of the Group since the spring of 2020. In 2017, the digital fashion mall for premium and luxury fashion MYBESTBRANDS was acquired.

As the globally most significant sports e-commerce platform in the bike, tennis, outdoor, team sports and athleisure categories, SIGNA Sports United currently operates around 80 web shops in 17 countries. With around seven million active customers and over 500 million website visitors per year, the company is the clear number one for Europe's sports fans.

GALERIA is Germany's number one department store chain and number two in Europe. The company has prime inner-city locations across all relevant cities in Germany and therefore is located in a short range distance to approx. 80% of the German urban population.

The kika/Leiner furniture store chain was acquired in June 2018 and is an integral part of SIGNA Home & Lifestyle. With its >40 stores this traditional company is seen as one of the major players in the industry.

SIGNA Food & Restaurants is one of the major quick-service platforms in the German market. Its portfolio includes a joint venture with EATALY. The Group positions itself as an innovative and swift service provider. Based on its know-how, the company will continue to grow through acquisitions and master franchise agreements/joint ventures.

**SIGNA**
**GROUP EXECUTIVE BOARD**

In 2013, the Group Executive Board (EB) of SIGNA Group was established to reflect the rapid growth and diversity of the SIGNA Group. The Chairman of the SIGNA Group Executive Board – Dieter Berninghaus – as well as four senior executives and members of the boards of individual business units provide advice and support in their roles as members of the Executive Board, particularly with regard to the Group's strategic development across all business areas. The responsibility for the development and implementation of the strategy and operating business remains with the Executive Boards and Managing Directors of the individual divisions and Group companies.


Wolfram Keil


Christoph Stadlhuber


Timo Herzberg


Dr. Dieter Berninghaus


Michael Cramer

SIGNA
# GROUP ADVISORY BOARD

The strategic Advisory Board consists of eminent figures from the banking, political and business arenas, is constantly driving force in the further development of SIGNA and acts as counsel to the Executive Board. The Advisory Board, first established in 2005, is not a statutory body in the conventional sense, but rather a body whose task it is to advance the strategy and further development as well as new business activities of the group.

By today, this body has grown to 12 members and aside from Chairman René Benko includes Alfred Gusenbauer, Karl Samstag, Rainer de Backere, Prof. Roland Berger, Walid Chammah, Günter Koller, Susanne Riess, Karl Stoss, Karl Sevelda, Torsten Toeller and Ernst Tanner.

What they all have in common is strong ties to SIGNA as well as many years of experience and know-how in their respective areas of activity.



René Benko



Dr. Alfred Gusenbauer



Dr. Karl Stoss



Torsten Toeller



Günter Koller



Prof. Dr. h.c. Roland Berger



Dr. Susanne Riess



Walid A. Chammah



Ernst Tanner



Dr. Karl Sevelda



Karl Samstag



Rainer de Backere

SIGNA
**GROUP COMPLIANCE**

SIGNA is one of the most important real estate investors in Europe and operates retail companies that are well-known in their own right. This success story since 2000 has been built in part on SIGNA's reputation, which is based on business dealings in accordance with ethical and performance-related basic values. SIGNA has made a full commitment to the principles of a modern compliance structure which, along with adherence to all regulatory requirements, also entails observance of the internal and external requirements and consideration of basic ethical values.

For this purpose, SIGNA has put a compliance management system (CMS) in place containing clear rules on the types of behavior that are permitted and prohibited at SIGNA. In order to ensure quality assurance in this system, SIGNA's real estate companies have aligned their entire CMS with the requirements and content of ISO 19600. Other SIGNA companies have made a voluntary commitment to comply with the CMS.

KPMG Austria GmbH examined the description of our CMS in accordance with IDW AsS 980 and completed this examination with a written report dated December 22, 2020.

## VALUE MANAGEMENT

The values of integrity, responsibility, fairness, compliance and transparency are the yardstick by which SIGNA takes action. They form the basis of the company's long-term success and are an indispensable compass in the way we deal with one another. With its **Value Management System**, SIGNA commits itself to acting with ethical integrity, adhering to internationally recognised social standards and taking into account ecologically and socially relevant aspects in its day-to-day activities. The **Code of Conduct for Business Partners** contains SIGNA's expectations and requirements for business partners to adhere to basic ethical principles and to operate in a sustainable manner.



# Value Management System

SIGNA Holding GmbH

*Leave your SIGNAture*

⊓ SIGNA

# Code of Conduct for Business Partners

SIGNA Holding GmbH

*Leave your* **SIGNA***ture*

© 2022 SIGNA

LEGAL

DATA POLICY

in