**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re Application of Vale S.A., Vale Holdings   :   20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order  :
Pursuant to 28 U.S.C. § 1782 to Conduct         :   **ORDER**
Discovery for Use in Foreign Proceedings        :
:
:
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 145 and 147. Vale and Signa are directed to brief their respective positions on Signa's cost-shifting motion as follows:

- Signa's Motion to Shift Costs is due **July 1, 2022**.
- Vale's Opposition is due **July 12, 2022**.

The parties' papers shall be limited to five (5) pages each. There shall be no replies.

**SO ORDERED.**

Dated: June 24, 2022                     _s/ Ona T. Wang_
      New York, New York            **Ona T. Wang**
                                    United States Magistrate Judge