UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

In re Application of Vale S.A., Vale Holdings          :   No. 20-mc-199 (JGK) (OTW)
BV, and Vale International S.A. for an Order
Pursuant to 28 U.S.C. § 1782 to Conduct               :   **NOTICE OF APPEARANCE**
Discovery for Use in Foreign Proceedings


 ------------------------------------------------------------------ X

        To the Clerk of Court and all parties of record:

        Please take notice that the undersigned hereby appears as counsel of record for non-parties

HFZ Capital Group LLC ("HFZ"), 20 West 40 Bryant Park Owner LLC, 215 Chrystie LLC,

Chatsworth Realty 340 LLC, Chatsworth Realty Corp., Feldman Family 2007 Trust, Helene

Feldman, Ziel Feldman, John Shannon, Nir Meir, 76 Eleventh Avenue Property Owner LLC, HFZ

40 Broad Street LLC, HFZ 88 Lexington Avenue Owner LLC, HFZ 90 Lexington Avenue Owner

LLC, HZ 235 West 75th Street Owner LLC, HFZ 301 West 53rd Street Owner LLC, HFZ 344

West 72nd Street Owner LLC, HFZ 501 West LLC, HFZ Bryant Park Owner LLC, HFZ Capital

Group LLC, HFZ Highline LLC, HFZ Highline Property Owner LLC, HFZ Highline Retail Owner

LLC, HZ KIK 30th Street LLC, HFZ KIK 30th Street Mezzanine LLC, HFZ KIK 30th Street

Owner LLC, HFZ West 30th Street Partners LLC (collectively, "HFZ Affiliated Parties") in the

above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
      February 17, 2023          MORRISON COHEN LLP


                  By: ____*/s/ Daniel F. Gilpin*____
                      Daniel F. Gilpin
                      909 Third Avenue
                      New York, New York 10022
                      Phone: (212) 735-8600
                      Facsimile: (212) 735-8708
                      E-mail: dgilpin@morrisoncohen.com
                      *Attorneys for Non-Parties HFZ Affiliated Parties*