# EXHIBIT B

# Saenz, Andres

| | |
|---|---|
| **From:** | Lin, Alvin <alin@morrisoncohen.com> |
| **Sent:** | Tuesday, June 1, 2021 1:03 PM |
| **To:** | Levander, Samuel; Saenz, Andres; Wright, Katerina |
| **Cc:** | Bogale, Tsedey A.; Milito, Christopher |
| **Subject:** | HFZ - Vale Subpoena response - written confirmations |

Sam, Andres, Katerina:

Below are the written confirmations/statements that you had requested on our prior calls. I will put these into a more formal document response, but wanted to send you the language now as we had discussed.

1- HFZ confirms that it does not have Board Meeting minutes responsive to subpoena request no. 6.
2- HFZ confirms that it does not prepare company-wide financial statements, but instead prepares financial statements for individual projects.
3- HFZ confirms that upon his termination of employment with HFZ, Nir Meir retained his cellphone and did not surrender it to HFZ. HFZ further confirms that the HFZ-email was wiped from the device, but that HFZ did not have access to text messages and therefore did not erase them. HFZ has no knowledge as to whether or not text messages are in fact available. HFZ confirms that though HFZ-email was wiped from Mr. Meir's device, such email was backed up and/or maintained in the HFZ server.
4- HFZ states that the "tracing chart" that was previously produced was prepared by individual(s) working on behalf of Mr. Steinmetz using accounting records located at HFZ's office.

Alvin C. Lin, Esq.
Partner & Chairman, Diversity & Inclusion Committee
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8873 (voice)
(917) 664-9190 (mobile)
(917) 522-3173 (direct fax)
(212) 735-8708 (main fax)
alin@morrisoncohen.com
www.morrisoncohen.com

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com