

**mwe.com**
Andrew B. Kratenstein
Attorney at Law
akratenstein@mwe.com
+1 212 547 5695

September 10, 2024

Hon. Ona T. Wang
Magistrate Judge, US District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:    *In re Application of Vale S.A. et al.*, 1:20-mc-00199-JGK-OTW

Dear Judge Wang:

We write on behalf of RFR Holding LLC, RFR Realty LLC, R&S Chrysler LLC, and Aby Rosen (collectively, "RFR") regarding RFR's pending fee-shifting application against petitioners Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale").    (D.E. 93, 135, 155.) On November 27, 2023, the Court ordered the parties to appear for a settlement conference on December 21, 2023.  (D.E. 162.)  During the settlement conference, Your Honor stated that you intended to make a "mediator's proposal" the following day.  However, we never received a proposal and are advised by counsel for Vale that they did not either.

We appreciate that the Court is very busy, but it has now been over three years since RFR made its expense shifting request.  We welcomed the settlement conference and hoped that the application would finally be resolved, but there has been no perceptible movement since.

As we have previously noted, the expenses at issue are significant.  Vale's document requests were broad, covering many years, different countries (the United States and Germany), and different languages. As explained in its expense-shifting application, RFR tried to narrow the requests with only limited success.  As a result, RFR incurred $341,868.34 and €259,983.41 in legal and e-discovery vendor fees and costs.   Notably, these expenses were incurred based principally on a false allegation that Benny Steinmetz or his affiliated entities invested in a joint venture involving RFR and SIGNA Chrysler Holding LLC ("SIGNA") to acquire the Chrysler Building.  (D.E. 2 at 12-13.)  As the documents produced by RFR and SIGNA demonstrated, neither Mr. Steinmetz nor any of his affiliated entities ever had any direct or indirect interest in the Chrysler Building.  Then, on February 15, 2022, "the High Court dismissed Vale's claims on the basis of Vale's admission that the claims are time barred, bringing an end to the foreign proceedings underlying the above-captioned § 1782 application."  (D.E. 133.)  Thus, this action proved to be a wild goose chase at the substantial expense of RFR and other non-parties, including SIGNA.

McDermott
Will & Emery

**One Vanderbilt Avenue New York NY 10017   Tel +1 212 547 5400   Fax +1 212 547 5444**

*US practice conducted through McDermott Will & Emery LLP.*

Hon. Ona Wang
September 10, 2024
Page 2

RFR respectfully requests that the Court promptly make its mediator proposal or otherwise address its expense-shifting application.

Respectfully submitted,

Andrew B. Kratenstein

cc:  Counsel of Record (via ECF)

McDermott
Will & Emery