**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re Application of Vale S.A., Vale Holdings       :         20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order      :
Pursuant to 28 U.S.C. § 1782 to Conduct             :         **ORDER**
Discovery for Use in Foreign Proceedings            :
:
:
:
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, September 26, 2024 at 10:00 a.m.** for the parties to Signa Chrysler Holding LLC's motion to shift subpoena expenses. (ECF 150). No other parties need attend. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: September 17, 2024                               _s/ Ona T. Wang_
      New York, New York                              **Ona T. Wang**
                                                         United States Magistrate Judge