**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                  :

In re Application of Vale S.A., Vale Holdings    :       20-mc-199 (JGK) (OTW)
B.V., and Vale International S.A. for an Order   :
Pursuant to 28 U.S.C. § 1782 to Conduct     :       **ORDER**
Discovery for Use in Foreign Proceedings    :
                  :

------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday,**

**September 26, 2024 at 10:30 a.m.** for the parties to RFR's (i.e., RFR Holding LLC, RFR Realty LLC,

R&S Chrysler LLC, and Aby Rosen) motion to shift subpoena expenses.  (ECF 93, 135, 155).  No

other parties need attend.  The dial in information is (866) 390-1828, access code 1582687.

       **SO ORDERED.**

Dated: September 17, 2024
      New York, New York

                          _s/ Ona T. Wang_
                          **Ona T. Wang**
                          United States Magistrate Judge