**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                    :

| | | |
|---|---|---|
| In re Application of Vale S.A., Vale Holdings | : | 20-mc-199 (JGK) (OTW) |
| B.V., and Vale International S.A. for an Order | : | |
| Pursuant to 28 U.S.C. § 1782 to Conduct | : | **ORDER** |
| Discovery for Use in Foreign Proceedings | : | |

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, September 26, 2024 at 11:00 a.m.** for the parties to HFZ's (i.e., HFZ Capital Group LLC and its affiliated entities) anticipated motion to shift subpoena expenses. No other parties need attend. The dial in information is (866) 390-1828, access code 1582687.

        **SO ORDERED.**

                                             *s/ Ona T. Wang*

Dated: September 17, 2024                    **Ona T. Wang**
      New York, New York            United States Magistrate Judge